

# EXHIBIT A

## ALABAMA SJIS CASE DETAIL

PREPARED FOR: TRACI ABBETT


alacourt.com

County: **01**     Case Number: **CV-2018-900889.00**     Court Action:
Style: **THOMAS E. REYNOLDS TRUSTEE V. BEHRMAN CAPITAL IV L.P. ET AL**

Real Time

### Case Action Summary

| Date: | Time | Code | Comments | Operator |
|-------|------|------|----------|----------|
| 3/3/2018 | 12:10 PM | ECOMP | COMPLAINT E-FILED. | BEN062 |
| 3/3/2018 | 12:11 PM | FILE | FILED THIS DATE: 03/03/2018     (AV01) | AJA |
| 3/3/2018 | 12:11 PM | EORD | E-ORDER FLAG SET TO "Y"     (AV01) | AJA |
| 3/3/2018 | 12:11 PM | ASSJ | ASSIGNED TO JUDGE: CAROLE C. SMITHERMAN   (AV01) | AJA |
| 3/3/2018 | 12:11 PM | ORIG | ORIGIN: INITIAL FILING     (AV01) | AJA |
| 3/3/2018 | 12:11 PM | SCAN | CASE SCANNED STATUS SET TO: N     (AV01) | AJA |
| 3/3/2018 | 12:11 PM | TDMJ | JURY TRIAL REQUESTED     (AV01) | AJA |
| 3/3/2018 | 12:11 PM | STAT | CASE ASSIGNED STATUS OF: ACTIVE     (AV01) | AJA |
| 3/3/2018 | 12:11 PM | C001 | C001 PARTY ADDED: REYNOLDS THOMAS E. TRUSTEE(AV02) | AJA |
| 3/3/2018 | 12:11 PM | C001 | LISTED AS ATTORNEY FOR C001: SPARKS DANIEL DAVIDS | AJA |
| 3/3/2018 | 12:11 PM | C001 | LISTED AS ATTORNEY FOR C001: BENSINGER BILL DELON | AJA |
| 3/3/2018 | 12:11 PM | C001 | INDIGENT FLAG SET TO: N     (AV02) | AJA |
| 3/3/2018 | 12:11 PM | C001 | C001 E-ORDER FLAG SET TO "N"     (AV02) | AJA |
| 3/3/2018 | 12:11 PM | C001 | LISTED AS ATTORNEY FOR C001: MACKLEM JONATHAN WIL | AJA |
| 3/3/2018 | 12:11 PM | C001 | LISTED AS ATTORNEY FOR C001: SMITH RICHARD EARL | AJA |
| 3/3/2018 | 12:11 PM | D001 | INDIGENT FLAG SET TO: N     (AV02) | AJA |
| 3/3/2018 | 12:11 PM | D001 | CERTIFIED MAI ISSUED: 03/03/2018 TO D001   (AV02) | AJA |
| 3/3/2018 | 12:11 PM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE     (AV02) | AJA |
| 3/3/2018 | 12:11 PM | D001 | D001 PARTY ADDED: BEHRMAN CAPITAL IV L.P.   (AV02) | AJA |
| 3/3/2018 | 12:11 PM | D001 | D001 E-ORDER FLAG SET TO "N"     (AV02) | AJA |
| 3/3/2018 | 12:11 PM | D002 | D002 PARTY ADDED: BEHRMAN BROTHERS IV L.L.C.(AV02) | AJA |
| 3/3/2018 | 12:12 PM | D002 | INDIGENT FLAG SET TO: N     (AV02) | AJA |
| 3/3/2018 | 12:12 PM | D002 | LISTED AS ATTORNEY FOR D002: PRO SE     (AV02) | AJA |
| 3/3/2018 | 12:12 PM | D002 | CERTIFIED MAI ISSUED: 03/03/2018 TO D002   (AV02) | AJA |
| 3/3/2018 | 12:12 PM | D002 | D002 E-ORDER FLAG SET TO "N"     (AV02) | AJA |
| 3/3/2018 | 12:12 PM | D003 | D003 PARTY ADDED: MIDCAP FINANCIAL INVESTMENT, LP | AJA |
| 3/3/2018 | 12:12 PM | D003 | LISTED AS ATTORNEY FOR D003: PRO SE     (AV02) | AJA |
| 3/3/2018 | 12:12 PM | D003 | D003 E-ORDER FLAG SET TO "N"     (AV02) | AJA |
| 3/3/2018 | 12:12 PM | D003 | INDIGENT FLAG SET TO: N     (AV02) | AJA |
| 3/3/2018 | 12:12 PM | D003 | CERTIFIED MAI ISSUED: 03/03/2018 TO D003   (AV02) | AJA |
| 3/3/2018 | 12:12 PM | D004 | D004 PARTY ADDED: CORE AMERICAS/GLOBAL HOLDINGS, L | AJA |
| 3/3/2018 | 12:12 PM | D004 | INDIGENT FLAG SET TO: N     (AV02) | AJA |
| 3/3/2018 | 12:12 PM | D004 | LISTED AS ATTORNEY FOR D004: PRO SE     (AV02) | AJA |
| 3/3/2018 | 12:12 PM | D004 | CERTIFIED MAI ISSUED: 03/03/2018 TO D004   (AV02) | AJA |
| 3/3/2018 | 12:12 PM | D004 | D004 E-ORDER FLAG SET TO "N"     (AV02) | AJA |
| 3/3/2018 | 12:12 PM | D005 | D005 PARTY ADDED: CS STRATEGIC PARTNERS IV INVESTM | AJA |
| 3/3/2018 | 12:12 PM | D005 | INDIGENT FLAG SET TO: N     (AV02) | AJA |
| 3/3/2018 | 12:12 PM | D005 | LISTED AS ATTORNEY FOR D005: PRO SE     (AV02) | AJA |
| 3/3/2018 | 12:12 PM | D005 | CERTIFIED MAI ISSUED: 03/03/2018 TO D005   (AV02) | AJA |
| 3/3/2018 | 12:12 PM | D005 | D005 E-ORDER FLAG SET TO "N"     (AV02) | AJA |
| 3/3/2018 | 12:12 PM | D006 | D006 PARTY ADDED: GLOBAL FUND PARTNERS II, LP | AJA |
| 3/3/2018 | 12:12 PM | D006 | INDIGENT FLAG SET TO: N     (AV02) | AJA |

| 3/3/2018 | 12:12 PM | D006 | LISTED AS ATTORNEY FOR D006: PRO SE        (AV02) | AJA |
|----------|----------|------|---------------------------------------------------|-----|
| 3/3/2018 | 12:12 PM | D006 | CERTIFIED MAI ISSUED: 03/03/2018 TO D006   (AV02) | AJA |
| 3/3/2018 | 12:12 PM | D006 | D006 E-ORDER FLAG SET TO "N"        (AV02) | AJA |
| 3/3/2018 | 12:12 PM | D007 | D007 PARTY ADDED: METLIFE INSURANCE COMPANY OF CON | AJA |
| 3/3/2018 | 12:12 PM | D007 | INDIGENT FLAG SET TO: N        (AV02) | AJA |
| 3/3/2018 | 12:12 PM | D007 | LISTED AS ATTORNEY FOR D007: PRO SE        (AV02) | AJA |
| 3/3/2018 | 12:12 PM | D007 | CERTIFIED MAI ISSUED: 03/03/2018 TO D007   (AV02) | AJA |
| 3/3/2018 | 12:12 PM | D007 | D007 E-ORDER FLAG SET TO "N"        (AV02) | AJA |
| 3/3/2018 | 12:12 PM | D008 | D008 PARTY ADDED: PORTFOLIO ADVISORS SECONDARY FUN | AJA |
| 3/3/2018 | 12:12 PM | D008 | LISTED AS ATTORNEY FOR D008: PRO SE        (AV02) | AJA |
| 3/3/2018 | 12:12 PM | D008 | INDIGENT FLAG SET TO: N        (AV02) | AJA |
| 3/3/2018 | 12:12 PM | D008 | CERTIFIED MAI ISSUED: 03/03/2018 TO D008   (AV02) | AJA |
| 3/3/2018 | 12:12 PM | D008 | D008 E-ORDER FLAG SET TO "N"        (AV02) | AJA |
| 3/3/2018 | 12:12 PM | D009 | D009 PARTY ADDED: STEPSTONE PRIVATE EQUITY PARTNER | AJA |
| 3/3/2018 | 12:12 PM | D009 | LISTED AS ATTORNEY FOR D009: PRO SE        (AV02) | AJA |
| 3/3/2018 | 12:12 PM | D009 | INDIGENT FLAG SET TO: N        (AV02) | AJA |
| 3/3/2018 | 12:12 PM | D009 | D009 E-ORDER FLAG SET TO "N"        (AV02) | AJA |
| 3/3/2018 | 12:12 PM | D009 | CERTIFIED MAI ISSUED: 03/03/2018 TO D009   (AV02) | AJA |
| 3/3/2018 | 12:12 PM | D010 | D010 PARTY ADDED: ZEITLIN AMANDA        (AV02) | AJA |
| 3/3/2018 | 12:12 PM | D010 | INDIGENT FLAG SET TO: N        (AV02) | AJA |
| 3/3/2018 | 12:12 PM | D010 | CERTIFIED MAI ISSUED: 03/03/2018 TO D010   (AV02) | AJA |
| 3/3/2018 | 12:12 PM | D010 | D010 E-ORDER FLAG SET TO "N"        (AV02) | AJA |
| 3/3/2018 | 12:12 PM | D010 | LISTED AS ATTORNEY FOR D010: PRO SE        (AV02) | AJA |
| 3/3/2018 | 12:12 PM | D011 | D011 PARTY ADDED: BEHRMAN GREG M.        (AV02) | AJA |
| 3/3/2018 | 12:12 PM | D011 | INDIGENT FLAG SET TO: N        (AV02) | AJA |
| 3/3/2018 | 12:12 PM | D011 | CERTIFIED MAI ISSUED: 03/03/2018 TO D011   (AV02) | AJA |
| 3/3/2018 | 12:12 PM | D011 | LISTED AS ATTORNEY FOR D011: PRO SE        (AV02) | AJA |
| 3/3/2018 | 12:12 PM | D011 | D011 E-ORDER FLAG SET TO "N"        (AV02) | AJA |
| 3/3/2018 | 12:12 PM | D012 | D012 PARTY ADDED: CHIATE GREGORY J.        (AV02) | AJA |
| 3/3/2018 | 12:12 PM | D012 | INDIGENT FLAG SET TO: N        (AV02) | AJA |
| 3/3/2018 | 12:12 PM | D012 | LISTED AS ATTORNEY FOR D012: PRO SE        (AV02) | AJA |
| 3/3/2018 | 12:12 PM | D012 | CERTIFIED MAI ISSUED: 03/03/2018 TO D012   (AV02) | AJA |
| 3/3/2018 | 12:12 PM | D012 | D012 E-ORDER FLAG SET TO "N"        (AV02) | AJA |
| 3/3/2018 | 12:12 PM | D013 | INDIGENT FLAG SET TO: N        (AV02) | AJA |
| 3/3/2018 | 12:12 PM | D013 | D013 PARTY ADDED: DIEBER GARY        (AV02) | AJA |
| 3/3/2018 | 12:12 PM | D013 | LISTED AS ATTORNEY FOR D013: PRO SE        (AV02) | AJA |
| 3/3/2018 | 12:12 PM | D013 | CERTIFIED MAI ISSUED: 03/03/2018 TO D013   (AV02) | AJA |
| 3/3/2018 | 12:12 PM | D013 | D013 E-ORDER FLAG SET TO "N"        (AV02) | AJA |
| 3/3/2018 | 12:12 PM | D014 | D014 PARTY ADDED: THE DOUGLAS E. BEHRMAN TRUST | AJA |
| 3/3/2018 | 12:13 PM | D014 | LISTED AS ATTORNEY FOR D014: PRO SE        (AV02) | AJA |
| 3/3/2018 | 12:13 PM | D014 | INDIGENT FLAG SET TO: N        (AV02) | AJA |
| 3/3/2018 | 12:13 PM | D014 | D014 E-ORDER FLAG SET TO "N"        (AV02) | AJA |
| 3/3/2018 | 12:13 PM | D014 | CERTIFIED MAI ISSUED: 03/03/2018 TO D014   (AV02) | AJA |
| 3/3/2018 | 12:13 PM | D015 | INDIGENT FLAG SET TO: N        (AV02) | AJA |
| 3/3/2018 | 12:13 PM | D015 | D015 PARTY ADDED: GRIMES MARK V.        (AV02) | AJA |
| 3/3/2018 | 12:13 PM | D015 | CERTIFIED MAI ISSUED: 03/03/2018 TO D015   (AV02) | AJA |
| 3/3/2018 | 12:13 PM | D015 | LISTED AS ATTORNEY FOR D015: PRO SE        (AV02) | AJA |
| 3/3/2018 | 12:13 PM | D015 | D015 E-ORDER FLAG SET TO "N"        (AV02) | AJA |
| 3/3/2018 | 12:13 PM | D016 | D016 PARTY ADDED: THE KIMBERLY E. BEHRMAN TRUST | AJA |
| 3/3/2018 | 12:13 PM | D016 | INDIGENT FLAG SET TO: N        (AV02) | AJA |
| 3/3/2018 | 12:13 PM | D016 | CERTIFIED MAI ISSUED: 03/03/2018 TO D016   (AV02) | AJA |
| 3/3/2018 | 12:13 PM | D016 | LISTED AS ATTORNEY FOR D016: PRO SE        (AV02) | AJA |
| 3/3/2018 | 12:13 PM | D016 | D016 E-ORDER FLAG SET TO "N"        (AV02) | AJA |

| 3/3/2018 | 12:13 PM | D017 | D017 PARTY ADDED: LONERGAN SIMON          (AV02) | AJA |
|----------|----------|------|---------------------------------------------------|-----|
| 3/3/2018 | 12:13 PM | D017 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 3/3/2018 | 12:13 PM | D017 | D017 E-ORDER FLAG SET TO "N"          (AV02) | AJA |
| 3/3/2018 | 12:13 PM | D017 | LISTED AS ATTORNEY FOR D017. PRO SE          (AV02) | AJA |
| 3/3/2018 | 12:13 PM | D017 | CERTIFIED MAI ISSUED: 03/03/2018 TO D017   (AV02) | AJA |
| 3/3/2018 | 12:13 PM | D018 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 3/3/2018 | 12:13 PM | D018 | D018 PARTY ADDED: MATTES WILLIAM          (AV02) | AJA |
| 3/3/2018 | 12:13 PM | D018 | LISTED AS ATTORNEY FOR D018: PRO SE          (AV02) | AJA |
| 3/3/2018 | 12:13 PM | D018 | CERTIFIED MAI ISSUED: 03/03/2018 TO D018   (AV02) | AJA |
| 3/3/2018 | 12:13 PM | D018 | D018 E-ORDER FLAG SET TO "N"          (AV02) | AJA |
| 3/3/2018 | 12:13 PM | D019 | LISTED AS ATTORNEY FOR D019: PRO SE          (AV02) | AJA |
| 3/3/2018 | 12:13 PM | D019 | D019 PARTY ADDED: RAPPORT MICHAEL          (AV02) | AJA |
| 3/3/2018 | 12:13 PM | D019 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 3/3/2018 | 12:13 PM | D019 | D019 E-ORDER FLAG SET TO "N"          (AV02) | AJA |
| 3/3/2018 | 12:13 PM | D019 | CERTIFIED MAI ISSUED: 03/03/2018 TO D019   (AV02) | AJA |
| 3/3/2018 | 12:13 PM | D020 | D020 PARTY ADDED: SHAH PRADYUT          (AV02) | AJA |
| 3/3/2018 | 12:13 PM | D020 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 3/3/2018 | 12:13 PM | D020 | D020 E-ORDER FLAG SET TO "N"          (AV02) | AJA |
| 3/3/2018 | 12:13 PM | D020 | LISTED AS ATTORNEY FOR D020: PRO SE          (AV02) | AJA |
| 3/3/2018 | 12:13 PM | D020 | CERTIFIED MAI ISSUED: 03/03/2018 TO D020   (AV02) | AJA |
| 3/3/2018 | 12:13 PM | D021 | D021 PARTY ADDED: WU JEFFREY S.          (AV02) | AJA |
| 3/3/2018 | 12:13 PM | D021 | D021 E-ORDER FLAG SET TO "N"          (AV02) | AJA |
| 3/3/2018 | 12:13 PM | D021 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 3/3/2018 | 12:13 PM | D021 | CERTIFIED MAI ISSUED: 03/03/2018 TO D021   (AV02) | AJA |
| 3/3/2018 | 12:13 PM | D021 | LISTED AS ATTORNEY FOR D021: PRO SE          (AV02) | AJA |
| 3/3/2018 | 12:57 PM | D023 | D023 PARTY ADDED: MINTZ LEVIN, COHN, FERRIS, GLOVS | AJA |
| 3/3/2018 | 12:57 PM | D023 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 3/3/2018 | 12:57 PM | D023 | LISTED AS ATTORNEY FOR D023: PRO SE          (AV02) | AJA |
| 3/3/2018 | 12:57 PM | D023 | CERTIFIED MAI ISSUED: 03/03/2018 TO D023   (AV02) | AJA |
| 3/3/2018 | 12:57 PM | D023 | D023 E-ORDER FLAG SET TO "N"          (AV02) | AJA |
| 3/3/2018 | 4:39 PM | D022 | D022 PARTY ADDED: 75. BEHRMAN BROTHERS MANAGEMENT | AJA |
| 3/3/2018 | 4:39 PM | D022 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 3/3/2018 | 4:39 PM | D022 | LISTED AS ATTORNEY FOR D022: PRO SE          (AV02) | AJA |
| 3/3/2018 | 4:39 PM | D022 | CERTIFIED MAI ISSUED: 03/03/2018 TO D022   (AV02) | AJA |
| 3/3/2018 | 4:39 PM | D022 | D022 E-ORDER FLAG SET TO "N"          (AV02) | AJA |
| 3/5/2018 | 8:26 AM | D001 | CERTIFIED MAI ISSUED: 03/05/2018 TO D001   (AV02) | SUR |
| 3/5/2018 | 8:27 AM | D002 | CERTIFIED MAI ISSUED: 03/05/2018 TO D002   (AV02) | SUR |
| 3/5/2018 | 8:27 AM | D003 | CERTIFIED MAI ISSUED: 03/05/2018 TO D003   (AV02) | SUR |
| 3/5/2018 | 8:27 AM | D004 | CERTIFIED MAI ISSUED: 03/05/2018 TO D004   (AV02) | SUR |
| 3/5/2018 | 8:27 AM | D005 | CERTIFIED MAI ISSUED: 03/05/2018 TO D005   (AV02) | SUR |
| 3/5/2018 | 8:27 AM | D006 | CERTIFIED MAI ISSUED: 03/05/2018 TO D006   (AV02) | SUR |
| 3/5/2018 | 8:27 AM | D007 | CERTIFIED MAI ISSUED: 03/05/2018 TO D007   (AV02) | SUR |
| 3/5/2018 | 8:27 AM | D008 | CERTIFIED MAI ISSUED: 03/05/2018 TO D008   (AV02) | SUR |
| 3/5/2018 | 8:27 AM | D009 | CERTIFIED MAI ISSUED: 03/05/2018 TO D009   (AV02) | SUR |
| 3/5/2018 | 8:28 AM | D011 | CERTIFIED MAI ISSUED: 03/05/2018 TO D011   (AV02) | SUR |
| 3/5/2018 | 8:28 AM | D012 | CERTIFIED MAI ISSUED: 03/05/2018 TO D012   (AV02) | SUR |
| 3/5/2018 | 8:28 AM | D013 | CERTIFIED MAI ISSUED: 03/05/2018 TO D013   (AV02) | SUR |
| 3/5/2018 | 8:28 AM | D014 | CERTIFIED MAI ISSUED: 03/05/2018 TO D014   (AV02) | SUR |
| 3/5/2018 | 8:28 AM | D015 | CERTIFIED MAI ISSUED: 03/05/2018 TO D015   (AV02) | SUR |
| 3/5/2018 | 8:28 AM | D016 | CERTIFIED MAI ISSUED: 03/05/2018 TO D016   (AV02) | SUR |
| 3/5/2018 | 8:28 AM | D017 | CERTIFIED MAI ISSUED: 03/05/2018 TO D017   (AV02) | SUR |
| 3/5/2018 | 8:28 AM | D018 | CERTIFIED MAI ISSUED: 03/05/2018 TO D018   (AV02) | SUR |
| 3/5/2018 | 8:28 AM | D019 | CERTIFIED MAI ISSUED: 03/05/2018 TO D019   (AV02) | SUR |

| | | | | |
|---|---|---|---|---|
| 3/5/2018 | 8:28 AM | D020 | CERTIFIED MAI ISSUED: 03/05/2018 TO D020   (AV02) | SUR |
| 3/5/2018 | 8:28 AM | D021 | CERTIFIED MAI ISSUED: 03/05/2018 TO D021   (AV02) | SUR |
| 3/5/2018 | 8:29 AM | D022 | CERTIFIED MAI ISSUED: 03/05/2018 TO D022   (AV02) | SUR |
| 3/5/2018 | 8:29 AM | D023 | CERTIFIED MAI ISSUED: 03/05/2018 TO D023   (AV02) | SUR |
| 3/5/2018 | 9:49 AM | ESCAN | SCAN - FILED 3/5/2018 - NOTICE | SUR |
| 3/5/2018 | 3:45 PM | D024 | D024 PARTY ADDED: AXZ PRIMARY FUND AMERICA IV, LP | PAS |
| 3/5/2018 | 3:45 PM | D024 | INDIGENT FLAG SET TO: N           (AV02) | PAS |
| 3/5/2018 | 3:45 PM | D024 | LISTED AS ATTORNEY FOR D024: PRO SE       (AV02) | PAS |
| 3/5/2018 | 3:45 PM | D024 | D024 E-ORDER FLAG SET TO "N"         (AV02) | PAS |
| 3/5/2018 | 3:45 PM | D025 | D025 PARTY ADDED: AXA PRIVATAE CAPITAL I, LP(AV02) | PAS |
| 3/5/2018 | 3:45 PM | D025 | INDIGENT FLAG SET TO: N           (AV02) | PAS |
| 3/5/2018 | 3:45 PM | D025 | LISTED AS ATTORNEY FOR D025: PRO SE       (AV02) | PAS |
| 3/5/2018 | 3:45 PM | D025 | D025 E-ORDER FLAG SET TO "N"         (AV02) | PAS |
| 3/5/2018 | 3:45 PM | D025 | D025 NAME CHANGED FROM: AXA PRIVATAE CAPITAL I, LP | PAS |
| 3/5/2018 | 3:46 PM | D024 | D024 NAME CHANGED FROM: AXZ PRIMARY FUND AMERICA I | PAS |
| 3/5/2018 | 3:49 PM | D026 | D026 PARTY ADDED: PARTNERS GROUP DIRECT INVESTMENT | PAS |
| 3/5/2018 | 3:49 PM | D026 | INDIGENT FLAG SET TO: N           (AV02) | PAS |
| 3/5/2018 | 3:49 PM | D026 | D026 E-ORDER FLAG SET TO "N"         (AV02) | PAS |
| 3/5/2018 | 3:49 PM | D026 | LISTED AS ATTORNEY FOR D026: PRO SE       (AV02) | PAS |
| 3/5/2018 | 3:49 PM | D026 | D026 ADDR1 CHANGED FROM: TUDOR HOUSE2ND FLOOR | PAS |
| 3/5/2018 | 3:50 PM | D027 | D027 PARTY ADDED: PARTNERS GROUP GLOBAL OPPORTUNIT | PAS |
| 3/5/2018 | 3:50 PM | D027 | INDIGENT FLAG SET TO: N           (AV02) | PAS |
| 3/5/2018 | 3:50 PM | D027 | D027 E-ORDER FLAG SET TO "N"         (AV02) | PAS |
| 3/5/2018 | 3:50 PM | D027 | LISTED AS ATTORNEY FOR D027: PRO SE       (AV02) | PAS |
| 3/5/2018 | 3:51 PM | D028 | D028 PARTY ADDED: PE HOLDING USD GMBH       (AV02) | PAS |
| 3/5/2018 | 3:51 PM | D028 | INDIGENT FLAG SET TO: N           (AV02) | PAS |
| 3/5/2018 | 3:51 PM | D028 | LISTED AS ATTORNEY FOR D028: PRO SE       (AV02) | PAS |
| 3/5/2018 | 3:51 PM | D028 | D028 E-ORDER FLAG SET TO "N"         (AV02) | PAS |
| 3/5/2018 | 3:54 PM | D029 | D029 PARTY ADDED: STEPSTONE PRIVATE EQUITY PARTNER | PAS |
| 3/5/2018 | 3:54 PM | D029 | INDIGENT FLAG SET TO: N           (AV02) | PAS |
| 3/5/2018 | 3:54 PM | D029 | LISTED AS ATTORNEY FOR D029: PRO SE       (AV02) | PAS |
| 3/5/2018 | 3:54 PM | D029 | D029 E-ORDER FLAG SET TO "N"         (AV02) | PAS |
| 3/5/2018 | 3:57 PM | D030 | D030 PARTY ADDED: THE GOVERNOR AND COMPANY (AV02) | PAS |
| 3/5/2018 | 3:57 PM | D030 | INDIGENT FLAG SET TO: N           (AV02) | PAS |
| 3/5/2018 | 3:57 PM | D030 | LISTED AS ATTORNEY FOR D030: PRO SE       (AV02) | PAS |
| 3/5/2018 | 3:57 PM | D030 | D030 E-ORDER FLAG SET TO "N"         (AV02) | PAS |
| 3/5/2018 | 3:59 PM | D031 | D031 PARTY ADDED: VARMA MUTUAL PENSION INSUR CO | PAS |
| 3/5/2018 | 3:59 PM | D031 | INDIGENT FLAG SET TO: N           (AV02) | PAS |
| 3/5/2018 | 3:59 PM | D031 | LISTED AS ATTORNEY FOR D031: PRO SE       (AV02) | PAS |
| 3/5/2018 | 3:59 PM | D031 | D031 E-ORDER FLAG SET TO "N"         (AV02) | PAS |
| 3/5/2018 | 4:00 PM | D032 | D032 PARTY ADDED: ASF III BLUENOTE LIMITED (ASF) | PAS |
| 3/5/2018 | 4:00 PM | D032 | INDIGENT FLAG SET TO: N           (AV02) | PAS |
| 3/5/2018 | 4:00 PM | D032 | D032 E-ORDER FLAG SET TO "N"         (AV02) | PAS |
| 3/5/2018 | 4:00 PM | D032 | LISTED AS ATTORNEY FOR D032: PRO SE       (AV02) | PAS |
| 3/7/2018 | 8:56 AM | D010 | D010 NAME CHANGED FROM: STEPSTONE PRIVATE EQUITY P | SUR |
| 3/7/2018 | 8:56 AM | D010 | D010 ADDR1 CHANGED FROM: CORPORATION TRUST COMPANY | SUR |
| 3/7/2018 | 8:56 AM | D010 | D010 ADDR2 CHANGED FROM: 1209 ORANGE STREET(AV02) | SUR |
| 3/7/2018 | 8:56 AM | D010 | D010 ADDR CITY CHANGED FROM: WILMINGTON    (AV02) | SUR |
| 3/7/2018 | 8:56 AM | D010 | D010 ADDR STATE CHANGED FROM: DE        (AV02) | SUR |
| 3/9/2018 | 1:27 PM | GNOT | GENERAL NOTICE SENT TO: D024 | SUR |
| 3/12/2018 | 10:15 AM | ESCAN | SCAN - FILED 3/12/2018 - NOTICE | SUR |
| 3/12/2018 | 1:18 PM | D001 | CERTIFIED MAI ISSUED: 03/12/2018 TO D001   (AV02) | SUR |
| 3/12/2018 | 1:18 PM | D002 | CERTIFIED MAI ISSUED: 03/12/2018 TO D002   (AV02) | SUR |

| 3/12/2018 | 1:18 PM | D003 | CERTIFIED MAI ISSUED: 03/12/2018 TO D003 (AV02) | SUR |
| 3/12/2018 | 1:18 PM | D004 | CERTIFIED MAI ISSUED: 03/12/2018 TO D004 (AV02) | SUR |
| 3/12/2018 | 1:18 PM | D005 | CERTIFIED MAI ISSUED: 03/12/2018 TO D005 (AV02) | SUR |
| 3/12/2018 | 1:19 PM | D006 | CERTIFIED MAI ISSUED: 03/12/2018 TO D006 (AV02) | SUR |
| 3/12/2018 | 1:19 PM | D007 | CERTIFIED MAI ISSUED: 03/12/2018 TO D007 (AV02) | SUR |
| 3/12/2018 | 1:19 PM | D008 | CERTIFIED MAI ISSUED: 03/12/2018 TO D008 (AV02) | SUR |
| 3/12/2018 | 1:19 PM | D009 | CERTIFIED MAI ISSUED: 03/12/2018 TO D009 (AV02) | SUR |
| 3/12/2018 | 1:19 PM | D010 | CERTIFIED MAI ISSUED: 03/12/2018 TO D010 (AV02) | SUR |
| 3/12/2018 | 1:19 PM | D011 | CERTIFIED MAI ISSUED: 03/12/2018 TO D011 (AV02) | SUR |
| 3/12/2018 | 1:19 PM | D012 | CERTIFIED MAI ISSUED: 03/12/2018 TO D012 (AV02) | SUR |
| 3/12/2018 | 1:19 PM | D013 | CERTIFIED MAI ISSUED: 03/12/2018 TO D013 (AV02) | SUR |
| 3/12/2018 | 1:19 PM | D014 | CERTIFIED MAI ISSUED: 03/12/2018 TO D014 (AV02) | SUR |
| 3/12/2018 | 1:19 PM | D015 | CERTIFIED MAI ISSUED: 03/12/2018 TO D015 (AV02) | SUR |
| 3/12/2018 | 1:20 PM | D016 | CERTIFIED MAI ISSUED: 03/12/2018 TO D016 (AV02) | SUR |
| 3/12/2018 | 1:20 PM | D017 | CERTIFIED MAI ISSUED: 03/12/2018 TO D017 (AV02) | SUR |
| 3/12/2018 | 1:20 PM | D018 | CERTIFIED MAI ISSUED: 03/12/2018 TO D018 (AV02) | SUR |
| 3/12/2018 | 1:20 PM | D019 | CERTIFIED MAI ISSUED: 03/12/2018 TO D019 (AV02) | SUR |
| 3/12/2018 | 1:20 PM | D020 | CERTIFIED MAI ISSUED: 03/12/2018 TO D020 (AV02) | SUR |
| 3/12/2018 | 1:20 PM | D021 | CERTIFIED MAI ISSUED: 03/12/2018 TO D021 (AV02) | SUR |
| 3/12/2018 | 1:20 PM | D022 | CERTIFIED MAI ISSUED: 03/12/2018 TO D022 (AV02) | SUR |
| 3/12/2018 | 1:20 PM | D023 | CERTIFIED MAI ISSUED: 03/12/2018 TO D023 (AV02) | SUR |
| 3/13/2018 | 11:14 AM | D024 | CERTIFIED MAI ISSUED: 03/13/2018 TO D024 (AV02) | SUR |
| 3/13/2018 | 11:15 AM | D025 | CERTIFIED MAI ISSUED: 03/13/2018 TO D025 (AV02) | SUR |
| 3/13/2018 | 11:15 AM | D026 | CERTIFIED MAI ISSUED: 03/13/2018 TO D026 (AV02) | SUR |
| 3/13/2018 | 11:15 AM | D027 | CERTIFIED MAI ISSUED: 03/13/2018 TO D027 (AV02) | SUR |
| 3/13/2018 | 11:16 AM | D028 | CERTIFIED MAI ISSUED: 03/13/2018 TO D028 (AV02) | SUR |
| 3/13/2018 | 11:16 AM | D029 | CERTIFIED MAI ISSUED: 03/13/2018 TO D029 (AV02) | SUR |
| 3/13/2018 | 11:16 AM | D030 | CERTIFIED MAI ISSUED: 03/13/2018 TO D030 (AV02) | SUR |
| 3/13/2018 | 11:16 AM | D031 | CERTIFIED MAI ISSUED: 03/13/2018 TO D031 (AV02) | SUR |
| 3/13/2018 | 11:16 AM | D032 | CERTIFIED MAI ISSUED: 03/13/2018 TO D032 (AV02) | SUR |
| 3/20/2018 | 9:30 AM | D022 | SERVICE OF AUTHORIZED ON 03/19/2018 FOR D022(AV02) | MAM |
| 3/20/2018 | 9:30 AM | ESERC | SERVICE RETURN | MAM |
| 3/20/2018 | 9:51 AM | D002 | SERVICE OF AUTHORIZED ON 03/19/2018 FOR D002(AV02) | MAM |
| 3/20/2018 | 9:51 AM | ESERC | SERVICE RETURN | MAM |
| 3/20/2018 | 9:53 AM | D001 | SERVICE OF AUTHORIZED ON 03/19/2018 FOR D001(AV02) | MAM |
| 3/20/2018 | 9:53 AM | ESERC | SERVICE RETURN | MAM |
| 3/20/2018 | 9:55 AM | D014 | SERVICE OF AUTHORIZED ON 03/15/2018 FOR D014(AV02) | MAM |
| 3/20/2018 | 9:55 AM | ESERC | SERVICE RETURN | MAM |
| 3/20/2018 | 9:56 AM | D016 | SERVICE OF AUTHORIZED ON 03/15/2018 FOR D016(AV02) | MAM |
| 3/20/2018 | 9:56 AM | ESERC | SERVICE RETURN | MAM |
| 3/20/2018 | 10:42 AM | D020 | SERVICE OF CERTIFIED MAI ON 03/19/2018 FOR D020 | MAM |
| 3/20/2018 | 10:42 AM | ESERC | SERVICE RETURN | MAM |
| 3/20/2018 | 10:49 AM | D021 | SERVICE OF CERTIFIED MAI ON 03/15/2018 FOR D021 | MAM |
| 3/20/2018 | 10:49 AM | ESERC | SERVICE RETURN | MAM |
| 3/23/2018 | 9:24 AM | D008 | SERVICE OF AUTHORIZED ON 03/15/2018 FOR D008(AV02) | MAM |
| 3/23/2018 | 9:24 AM | ESERC | SERVICE RETURN | MAM |
| 3/27/2018 | 10:54 AM | D023 | SERVICE OF AUTHORIZED ON 03/22/2018 FOR D023(AV02) | MAM |
| 3/27/2018 | 10:54 AM | ESERC | SERVICE RETURN | MAM |
| 3/27/2018 | 11:07 AM | D015 | SERVICE OF CERTIFIED MAI ON 03/22/2018 FOR D015 | MAM |
| 3/27/2018 | 11:07 AM | ESERC | SERVICE RETURN | MAM |
| 3/28/2018 | 9:14 AM | D006 | SERVICE OF AUTHORIZED ON 03/19/2018 FOR D006(AV02) | MAM |
| 3/28/2018 | 9:14 AM | ESERC | SERVICE RETURN | MAM |
| 3/28/2018 | 9:15 AM | D004 | SERVICE OF AUTHORIZED ON 03/19/2018 FOR D004(AV02) | MAM |

| 3/28/2018 | 9:18 AM | ESERC | SERVICE RETURN | MAM |
| 3/28/2018 | 9:18 AM | D003 | SERVICE OF AUTHORIZED ON 03/19/2018 FOR D003(AV02) | MAM |
| 3/28/2018 | 9:18 AM | ESERC | SERVICE RETURN | MAM |
| 3/28/2018 | 9:19 AM | D009 | SERVICE OF AUTHORIZED ON 03/19/2018 FOR D009(AV02) | MAM |
| 3/28/2018 | 9:19 AM | ESERC | SERVICE RETURN | MAM |

*END OF THE REPORT*

DOCUMENT I

ELECTRONICALLY FILED
3/3/2018 12:10 PM
01-CV-2018-900889.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCIv-93   Rev.5/99 | **COVER SHEET<br>CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Ca:<br>01<br><br>Date of Filing:<br>03/03/2018 |
|---|---|---|

Judge Code:

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**THOMAS E. REYNOLDS TRUSTEE v. BEHRMAN CAPITAL IV L.P. ET AL**

**First Plaintiff:** ☐ Business  ☑ Individual   **First Defendant:** ☑ Business  ☐ Individual
☐ Government  ☐ Other   ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☑ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/<br>Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/<br>Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:  F** ☑ **INITIAL FILING**   **A** ☐ **APPEAL FROM<br>DISTRICT COURT**   **O** ☐ **OTHER**

**R** ☐ **REMANDED**   **T** ☐ **TRANSFERRED FROM<br>OTHER CIRCUIT COURT**

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO   Note: Checking "Yes" does not constitute a demand for a<br>jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
BEN062

3/3/2018 12:10:24 PM
Date

/s/ BILL DELONEY BENSINGER
Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**   ☐ YES ☑ NO ☐ UNDECIDED

DOCUMENT 2



ELECTRONICALLY FILED
3/3/2018 12:10 PM
01-CV-2018-900889.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

|  |  |  |
|---|---|---|
| THOMAS E. REYNOLDS, as Trustee, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BEHRMAN CAPITAL IV L.P., AXA PRIMARY FUND AMERICA IV, LP, AXA PRIVATE CAPITAL I, LP, CORE AMERICAS/GLOBAL HOLDINGS, LP, GLOBAL FUND PARTNERS II, LP, METLIFE INSURANCE COMPANY OF CONNECTICUT, PARTNERS GROUP DIRECT INVESTMENTS 2006, ·LP, PARTNERS GROUP DIRECT INVESMENTS 2006, LP, PARTNERS GROUP GLOBAL OPPORNUNITIES SUBHOLDING LIMITED, PE HOLDING USD GMBH, PORTFOLIO ADVISORS SECONDARY FUND, LP, STEPSTONE PRIVATE EQUITY PARTNERS III CAYMAN HOLDINGS, LP, STEPSTONE PRIVATE EQUITY PARTNERS III, LP; THE GOVERNOR AND COMPANY OF THE BANK OF ICELAND, VARMA MUTUAL PENSION INSURANCE COMPANY, ASF III BLUE NOTE LIMITED, BEHRMAN BROTHERS IV L.L.C., AMANDA ZEITLIN, GREG M BEHRMAN, GREGORY J. CHIATE, GARY DIEBER, DOUGLAS E. BEHRMAN TRUST, MARK V. GRIMES, KIMBERLY B. BEHRMAN TRUST, SIMON LONERGAN, WILLIAM M. MATTHES, MICHAEL RAPPAPORT, PRADYUT SHAH, JEFFREY S. WU, MIDCAP FINANCIAL SBIC, LP, , BEHRMAN BROTHERS MANAGEMENT CORPORATION MINTZ, LEVIN, COHN, FERRIS, GLOVSKY and POPEO, P.C., and FICTITIOUS PARTIES A-C. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. _____ |
| Defendants. | ) | |

## COMPLAINT

COMES NOW Thomas E. Reynolds (the "Trustee"), in his capacity as Chapter 7 Trustee of the estates of Atherotech Holdings, Inc. ("Holdings") and Atherotech, Inc. ("Atherotech" and together with Holdings, collectively, the "Debtors") and for his complaint against the defendants states as follows:

## Jurisdiction and Venue

1.     This Court has jurisdiction over the subject matter of this action pursuant to Alabama Code §12-11-30(1).  A substantial portion of the acts and omissions complained about in this action occurred as the Debtors were in Jefferson County, Alabama.

2.     Venue is proper in this Court pursuant to Alabama Code §6-3-7(a)(2).

3.     ·The Trustee's claims as alleged and asserted herein are timely under the applicable statute of limitations as extended pursuant to 11 U.S.C. § 108(a)(2).

## Parties

A.  The Debtors and Trustee

4.     Holdings is a corporation organized and existing under the laws of the State of Delaware with its former headquarters and principal place of business in Jefferson County, Alabama.

5.     Atherotech is a corporation organized and existing under the laws of the State of Delaware with its former headquarters and principal place of business in Jefferson County, Alabama.

6.     The Trustee is the duly-appointed Chapter 7 trustee of the Debtors' bankruptcy estates.

B.  The Holdings Shareholders

2

7.     Behrman Capital IV L.P. ("Fund IV") is a limited partnership organized and existing under the laws of the State of Delaware, and can be served with process through its registered agent, Corporation Service Company, 251 Little Falls Drive, Wilmington, Delaware 19808.

8.     Behrman Brothers IV L.L.C. ("Behrman Brothers") is a limited liability company organized and existing under the laws of the State of Delaware, and can be served with process through its registered agent, Corporation Service Company, 251 Little Falls Drive, Wilmington, Delaware 19808.

9.     MidCap Financial Investment, LP (f/k/a MidCap Financial SBIC, LP) ("MidCap"), is a limited partnership organized and existing under the laws of the State of Delaware, and may be served with process through its registered agent Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801.

10.    Fictitious Parties A-C are those Holdings Shareholders, either directly or through another entity that is a shareholder, who has not otherwise been released from liability and who received a portion of the Divided Recap, as defined below.

**C. The Fund IV Limited Partners**

11.    AXA Primary Fund America IV, LP ("AXA PF") is a limited partnership organized and existing under the laws of the United Kingdom, and may be served pursuant to the Hague Convention on its registered agent at 50 Lothian Road, Festival Square, Edinburgh EH3 9WJ.

12.    AXA Private Capital I, LP ("AXA PC") is a limited partnership organized and existing under the laws of the United Kingdom, and may be served pursuant to the Hague Convention on its registered agent at 50 Lothian Road, Festival Square, Edinburgh EH3 9WJ.

3

DOCUMENT 2

13.    Core Americas/Global Holdings, LP ("Core Americas") is a limited partnership organized and existing under the laws of the State of Delaware, and can be served with process through its registered agent, Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801.

14.    CS Strategic Partners IV Investments, LP ("CSSP") is a limited partnership organized and existing under the laws of the state of New York, and can be served with process at its principal place of business at 11 Madison Avenue, 16th Floor, New York NY 10010.

15.    Global Fund Partners II, LP ("Global Fund") is a limited partnership organized and existing under the laws of the State of Delaware, and can be served with process through its registered agent, Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801.

16.    MetLife Insurance Company of Connecticut ("Metlife") is a corporation organized and existing under the laws of the State of Connecticut, and can be served with process at its principal place of business at One City Place, 18th Floor, Hartford, Connecticut 06103.

17.    Partners Group Direct Investments 2006, LP, ("PGDI") is a limited partnership organized and existing under the laws of the United Kingdom, and may be served pursuant to the Hague Convention on its registered agent at Tudor House, 2nd Floor, Le Bordage, St. Peter Port, Guernsey GY1 1BT.

18.    Partners Group Global Opportunities Subholding Limited ("PGGOS"), is a limited partnership organized and existing under the laws of the United Kingdom, and may be served pursuant to the Hague Convention on its registered agent at Tudor House, 2nd Floor, Le Bordage, St. Peter Port, Guernsey GY1 1BT.

4

19.     PE Holding USD Gmbh ("PE Holding") is an entity organized and existing under the laws of Germany, and may be served pursuant to the Hague Convention on its registered agent at Sitz der Gesellschaft, Arnoldiplatz 1, 50969 Köln, Amtsgericht Köln, HRB 62211.

20.     Portfolio Advisors Secondary Fund, L.P. ("Portfolio Advisors") is a limited partnership organized and existing under the laws of the State of Delaware, and can be served with process through its registered agent, Cogency Global, Inc., 850 New Burton Road, Suite 201, Dover, Delaware 19904.

21.     StepStone Private Equity Partners III Cayman Holdings, LP ("StepStone Cayman") is a limited partnership organized and existing under the laws of the Cayman Islands, and may be served pursuant to the Hague Convention on its registered agent Maples Corporate Services Limited, PO Box 309, Ugland House, South Church Street, Cayman Islands.

22.     Stepstone Private Equity Partners III L.P. ("StepStone") is a limited partnership organized and existing under the laws of the State of Delaware, and can be served with process through its registered agent, Corporation Trust Company, Corporation Trust Center 1209 Orange Street, Wilmington, Delaware 19801.

23.     The Governor and Company of the Bank of Ireland ("Ireland") is a company organized and existing under the laws of Ireland, and can be served pursuant to the Hague Convention at its principal place of business located at 40 Mespil Road, Dublin, Ireland.

24.     Varma Mutual Pension Insurance Company ("Varma") is a company organized and existing under the laws of Finland, and can be served pursuant to the Hague Convention at its principal place of business located at Annankatu 18, P.O. Box 4, Helsinki, Finland.

25.     ASF III Bluenote Limited ("ASF") is a company organized and existing under the laws of England, and can be served pursuant to the Hague Convention on its registered agent

Axtec Financial Services (Jersey) Limited, at 11 - 15, Seaton Place, St Helier JE4 0QH, United Kingdom.

**D.   The Behrman Brothers Members**

26.   Amanda Zeitlin ("Zeitlin") is a citizen and resident of the State of Connecticut and can be served with process at 11 Darbrook Road, Westport, Connecticut 06880.

27.   Greg M. Behrman ("GM Behrman") is a citizen and resident of the State of Connecticut and can be served with process at 2717 North Street, Fairfield, Connecticut 06824.

28.   Gregory J. Chiate ("Chiate") is a citizen and resident of the State of California and can be served with process at 18 Cibrian Drive, Tiburon, California 94920.

29.   Gary Dieber ("Dieber") is a citizen and resident of the State of New York and can be served with process at 10 Hawthorne Avenue, Port Washington, New York 11050.

30.   The Douglas E. Behrman Trust ("DEB Trust") is a trust organized and existing under the laws of the State of Connecticut, and can be served upon its trustee at 23 Farwell Lane, Greenwich, Connecticut 06831.

31.   Mark V. Grimes ("Grimes") is a citizen and resident of the State of Maryland and can be served with process at 5 Thompson Street, Annapolis, Maryland 21401.

32.   The Kimberly E. Behrman Trust ("KEB Trust") is a trust organized and existing under the laws of the State of Connecticut, and can be served upon its trustee at 23 Farwell Lane, Greenwich, Connecticut 06831.

33.   Simon Lonergan ("Lonergan") is a citizen and resident of the State of New York and can be served with process at 18 Gramercy Park South, Unit 6, New York, New York 10003.

34.   William Matthes ("Matthes") is a citizen and resident of the State of California and can be served with process at 1665 Inglewood Avenue, St. Helena, California 94574.

35.     Michael Rapport ("Rapport") is a citizen and resident of the State of New York, and can be served with process at 29 Bonnett Avenue, Larchmont, New York 10538.

36.     Pradyut Shah ("Shah") is a citizen and resident of the State of California, and can be served with process at 1333 Diamond Street, San Francisco, California 94131.

37.     Jeffrey S. Wu ("Wu") is a citizen and resident of the State of New York, and can be served with process at 210 East 15th Street, Apt. 10JK, New York, New York 10003.

### E. Behrman Management

38.     Behrman Brothers Management Corporation ("Behrman Management") is organized and existing under the laws of the State of Delaware, and can be served with process on its registered agent Corporation Service Company, 251 Little Falls Drive, Wilmington, Delaware 19808.   At all times relevant, Behrman Management performed services for the Debtors in Alabama.

### F. Atherotech's Legal Counsel

39.     Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., ("Mintz Levin") a corporation organized and existing under the laws of the Commonwealth of Massachusetts and can be served on its registered agent for service, Corporate Service Company, at 84 State Street, Boston, Massachusetts 02109. At all times relevant, Mintz Levin was providing legal services to Atherotech in Alabama.

<u>Facts</u>

### G. The Debtor's Bankruptcy

40.     On March 4, 2016 (the "Petition Date"), Atherotech commenced case number 16-00909-TOM7, and Holdings commenced case number 16-00910-TOM7 (collectively, the

7

"Bankruptcy Cases") by filing voluntary Chapter 7 petitions in the United States Bankruptcy Court for the Northern District of Alabama (the "Bankruptcy Court").

41.    The Bankruptcy Court appointed the Trustee as the Chapter 7 trustee for each of the Bankruptcy Cases.

42.    The Trustee is vested with the authority to bring this action on behalf of the Debtors' estates.

43.    The Lenders (as defined herein) have claims against the Debtor's estate.

### H. The Debtors' Ownership

44.    Prior to the Petition Date, Holdings was the sole shareholder of Atherotech's stock.

45.    Prior to the Petition Date, the following Defendants were shareholder of Holdings' stock (collectively, the "Holdings Shareholders"):

      a.      Fund IV;

      b.      Behrman Brothers;

      c.      MidCap.

46.    The following Defendants are partners in Fund IV (collectively, the "Fund IV Partners"):

      a.      AXA PF;

      b.      AXA PC;

      c.      Core Americas;

      d.      CSSP;

      e.      Global Fund;

      f.      MetLife;

DOCUMENT 2

    g.        PGDI;

    h.        PGGOS;

    i.        PE Holding;

    j.        Portfolio Advisors;

    k.        StepStone Cayman;

    l.        StepStone;

    m.        Ireland;

    n.        Varma;

    o.        ASF;

    p.        Behrman Brothers.

47. Behrman Brothers is the general partner for Fund IV, and all other Fund IV Partners are limited partners of Fund IV (the "Limited Partners").

48. The Defendants that were members of Behrman Brothers are as follows (the "Behrman Brothers Members"):

    a.        Zeitlin;

    b.        GM Behrman;

    c.        Chiate;

    d.        Dieber;

    e.        DEB Trust;

    f.        Grimes;

    g.        KEB Trust;

    h.        Lonergan;

    i.        Matthes;

9

j.      Rapport;

k.      Shah;

l.      Wu.

**I.  The Debtors' Management Structure**

49.     As the largest Holdings Shareholder, Fund IV controlled three of the five seats on the Holdings Board of Directors (the "Holdings Board").

50.     Grant G. Behrman was the chairman of the Holdings Board from December 23, 2010, until his resignation from the Holdings Board on February 26, 2016.

51.     Michael Cobble, MD was Chief Medical Officer of Atherotech from December 23, 2010, until March 4, 2016 (the "Petition Date").

52.     Robert Flaherty was a member of the Holdings Board from December 23, 2010, until his resignation from the Holdings Board on February 26, 2016.

53.     Les Hric was Chief Compliance Officer of Atherotech from December 23, 2010, until the Petition Date.

54.     James McClintic was (a) a member of the Holdings Board from December 23, 2010, until the Petition Date, and (b) the President, Chief Executive Officer, and Secretary of Atherotech from December 12, 2014, until the Petition Date.

55.     Michael Mullen was (a) the sole member of the Atherotech Board from December 23, 2010, until his resignation from the Atherotech Board on December 12, 2014, and (b) the President, Chief Executive Officer, and Secretary of Atherotech, from December 23, 2010, until his resignation from Atherotech on December 12, 2014.

56.     Charles Musial was the Chief Financial Officer of Atherotech from August 5, 2011, until the Petition Date.

10

57.     Thomas Perlmutter was a member of the Holdings Board from December 23, 2010, until his resignation on December 12, 2014.

58.     Scott Rezek was the Chief Commercial Officer of Atherotech from December 23, 2010, until his resignation on November 12, 2014.

59.     Robert Shufflebarger was the Chief Operating Officer of Atherotech from December 23, 2010, until the Petition Date.

60.     Peter Smith was a member of the Holdings Board from April 5, 2013, until his resignation from the Holdings Board on February 26, 2016.

61.     Rod Van Wagoner was the Vice President of Sales for Atherotech from December 23, 2010, until the Petition Date.

62.     Mark Visser was a member of the Holdings Board from December 23, 2010, until his resignation from the Holdings Board on February 26, 2016.

63.     Behrman, Flaherty, McClintic, Mullen, Perlmutter, Smith, and Visser are collectively, the "Directors".

64.     Cobble, Hric, Mullen, Musial, Rezek, Shufflebarger, and Van Wagoner are collectively, the "Officers".

**J.  The Behrman Management Contract**

65.     On December 23, 2010, Atherotech and Behrman Management entered into a contract whereby Behrman Management agreed to provide financial and operational advice to Atherotech.  Independent of the contract, Behrman Management assumed responsibilities, as part of its acquisition of Holdings, to provide oversight and management services, which included financial and operational advice, to the Debtors.

11

66.     These services included, but were not limited to, providing advice on growth and operational strategies for Atherotech and advising Atherotech on the appropriate levels of debt and equity which Atherotech should maintain. As part of the business strategic advice given to Atherotech, Behrman Brothers were required to take into consideration compliance with federal and state laws.

K. **Atherotech's Operations and Business Model**

67.     Prior to commencing its Bankruptcy Case, Atherotech operated a specialty laboratory that tested blood cholesterol levels using licensed technology known as the "VAP Test."

68.     When a physician would order a VAP Test for a patient, there were multiple means of collecting the sample from the patient and sending the collected sample to Atherotech for testing.

69.     One of the means of sending the collected sample to Atherotech was through Atherotech's payment of processing and handling fees ("P&H Fees") to the physician ordering the VAP Test.

70.     Generally in such an instance, Atherotech would compensate the physician $3.00 for the venipuncture – the collection of the sample – and a P&H Fee of $7.00 for the physician appropriately packaging the collected sample, and shipping the collected sample to the Debtor.

71.     While Medicare rules and regulations permit the payment of the venipuncture fee, Medicare rules and regulations have long prohibited the payment of P&H Fees.

72.     Sometimes Atherotech would pay a P&H fee greater than $7.00.

12

73.    When Atherotech received the blood sample from physicians, it would test the blood sample and provide the ordering physician with a report concerning the patient's blood cholesterol.

74.    For patients covered by Medicare or other federal healthcare programs, Atherotech would file a claim against Medicare or the other federal healthcare program and receive reimbursement from the government for such claims.

75.    On average, Atherotech would receive revenue of approximately $140 to $150 per collected sample.

76.    Starting in 2011, Behrman Management advised Atherotech to engage in a growth strategy that was based on increasing Atherotech's direct sales to physicians.

77.    Behrman Management devised this plan with the knowledge that increasing market share would require the payment of P&H Fees to physicians on a per specimen basis.

L.  The DOJ Investigation

78.    On or before September 7, 2012, the Department of Justice (the "DOJ") began an investigation regarding Atherotech's business activities.

79.    Specifically, the DOJ was investigating (a) whether Atherotech's payments to physicians were kickbacks to induce physicians to order the VAP Test from Atherotech in violation of the Federal Anti-Kickback Statute (42 U.S.C. § 1320a-7b), and (b) whether Atherotech had submitted false claims against Medicare or other federal healthcare programs for medically unnecessary tests in violation of the False Claims Act (31 U.S.C. §§3729-3730).

80.    Violations of the False Claims Act include treble damages, that is three times the amount of the false or fraudulent claim; and a penalty of not less than $5,500 and not more than $11,000 for each claim.

13

81.    Despite receiving the notice of the DOJ investigation, Behrman Management advised Atherotech to continue its efforts to increase direct sales to physicians and to continue the practice of paying physicians P&H fees. Behrman Management continued giving this advice to Atherotech until June 2014.

82.    From January 2011 through June 2013, Medicare reimbursed Atherotech approximately $44,539,000 for tests that Atherotech had run.

83.    Approximately 80% of these tests were associated with Atherotech's payment of P&H Fees to the ordering physician.

84.    Thus there was an approximate $35,691,000 contingent liability associated with the repayment of these Medicare reimbursements as of June 2013 under the False Claims Act.

85.    This amounts to approximately $107,073,000 in contingent liabilities as of June 2013, if taking into account treble damages under the False Claims Act.

M.    The Dividend Recapitalization

86.    In June 2013, while the DOJ investigation was ongoing, Atherotech determined that it would execute a dividend recapitalization (the "Dividend Recap").

87.    The purposes of the Dividend Recap were to, among other things (a) pay the Dividend in the amount of $31,559,342.45 to Holdings Shareholders and ultimately, in part, to the Fund IV Partners and the Berman Brothers Members (the "Dividend"), (b) pay off existing term debt of $8,180,250.26, and (c) make a payment due to the prior Atherotech owners in the amount of $2,000,000.

88.    On June 28, 2013, Atherotech executed that certain Credit Agreement (the "Credit Agreement") by and between Atherotech as borrower, and Madison Capital Funding, LLC as agent for the lenders (the "Lenders").

14

89.     Pursuant to the Credit Agreement, the Lenders agreed to make a term loan to Atherotech in the original principal amount of $40.5 million.

90.     As security for Atherotech's obligations under the Credit Agreement, Atherotech granted the Lenders a security interest and lien on essentially all of Atherotech's assets.

91.     In an effort to support the transaction whereby Atherotech would incur $40 million of new liabilities and distribute $33 million, Atherotech obtained a solvency opinion (the "Solvency Opinion") from Houlihan Lokey, Inc. ("HL").

92.     The Solvency Opinion did not include any information concerning the potential liabilities associated with payment of P&H fees, nor Atherotech's practice of P&H fees. Nor did it include any contingent liabilities in the calculation of Atherotech's equity value.

93.     HL relied on Atherotech's representations that Atherotech had no contingent liabilities.

94.     Also, Atherotech provided HL with certain financial data and projections.

95.     Atherotech's projections, however, did not include any changes to its business processes that might result from the inability to pay P&H Fees.

96.     Pursuant to the Solvency Opinion, HL opined that Atherotech's value was predicated in large part on the "Company's strong patents and trade secrets" providing "protection from competitive threats."

97.     Atherotech paid the Dividend on June 28, 2013, principally from funds borrowed under the Credit Agreement.

98.     The largest Holdings Shareholder – Fund IV, which owned 94% of the stock in Holdings and controlled three of the five seats on Holdings' board of directors – received its portion of the Dividend in the amount of $31,433,596.05 (the "Fund Dividend").

DOCUMENT 2

99.   The remaining Holdings Shareholders received their portions of the Dividend as follows:

a.        Behrman Brothers received $87,374.00;

b.        MidCap received $351,890.70;

100.   None of the Holdings Shareholders provided the Debtors with any consideration for the portion of the Dividend that they received.

101.   Pursuant to Fund IV's governing documents, in certain circumstances whenever Fund IV receives a distribution on one of its investments it must distribute the entirety of those funds within ten days of receipt.

102.   On July 3, 2013, Fund IV distributed the entirety of the Fund Dividend to its Limited Partners and general partner – Behrman Brothers – as follows:

a.        AXA PF received $6,173,075;

b.        AXA PC received $864,230;

c.        Core Americas received $1,024,730;

d.        CSSP received $123,461;

e.        Global Fund received $1,543,269;

f.        MetLife received $3,086,538;

g.        PGDI received $925,961;

h.        PGGOS received $925,961;

i.        PE Holding received $3,703,847;

j.        Portfolio Advisors received $617,308;

k.        StepStone Cayman received $795,512;

16

DOCUMENT 2

l.        StepStone received $648,988;

m.       Ireland received $1,851,923;

n.        Varma received $6,173,075;

o.        ASF received $1,604,999;

p.        Behrman Brothers received $1,370,719.

103.    The Limited Partners received their portions of the Fund Dividend, totaling $30,062,877.

104.    Behrman Brothers received its portion of the Fund Dividend totaling $1,370,719 (the "Behrman Brothers Fund IV Dividend"), and distributed it, in part, to the Behrman Brothers Members as follows:

a.        Zeitlin received $3,332;

b.        GM Behrman received $3,332;

c.        Chiate received $21,308;

d.        Dieber received $76,448;

e.        DEB Trust received $129,960;

f.        Grimes received $5,504;

g.        KEB Trust received $129,960;

h.        Lonergan received $243,206;

i.        Matthes received $312,760;

j.        Rapport received $31,396;

k.        Shah received $23,546;

l.        Wu received $76,448.

17

DOCUMENT 2

105.   Immediately after the Dividend Recap, at the end of June 2013, Atherotech had total assets with a book value of $45,244,096, and total liabilities with a book value of $51,045,820.

106.   At the end of June 2013, 45% of Atherotech's assets were intangible (i.e., goodwill, customer relationships, licenses, and patents).

107.   The Debtors paid the Dividend when it was aware that it was under investigation by the DOJ and had unrecorded contingent liabilities of $107,073,000 for its violations of the False Claims Act.

108.   At the time of the Dividend Recap, Atherotech – having assets of only $45,244,096 – could not pay its liabilities, including the unrecorded contingent liabilities of $107,073,000 for violations of the False Claims Act, as they became due.

**N. The OIG Fraud Alert**

109.   The business plan developed by Behrman Management proved detrimental to Atherotech.

110.   On June 25, 2014, the U.S. Department of Health and Human Services, Office of Inspector General ("HHS") issued that certain *Special Fraud Alert: Laboratory Payments to Referring Physicians* (the "Fraud Alert").

111.   Pursuant to the Fraud Alert, the HHS confirmed its long-standing position: that P&H Fees paid to physicians were viewed as an incentive or inducement and violated the Anti-Kickback Statute. And such payments were illegal and violated Federal Anti-Kickback Statute and the Civil False Claims Act.

**O. Mintz Levin's Representation**

18

DOCUMENT 2

112.    Commencing in January 2011, Mintz Levin undertook to represent Atherotech under a general engagement letter.

113.    Mintz Levin's engagement letter provided that Mintz Levin would, "provide such legal and regulatory advice as [the Debtor] may request."

114.    Soon after Atherotech retained Mintz Levin, Atherotech requested legal and regulatory advice from Mintz Levin concerning, among other things, Atherotech's compliance with healthcare statutes and regulations.

115.    Specifically, Atherotech retained Mintz Levin to advise Atherotech as to the legality and permissibility of making P&H Fee payments to physicians.

116.    Mintz Levin also advised Atherotech concerning how to address practices of several of Atherotech's competitors who were making larger P&H Fee payments than Atherotech.

117.    In this regard, Mintz Levin advised Atherotech to report its competitor's practices to the U.S. Department of Justice (the "DOJ").

118.    Atherotech took Mintz Levin's advice, but expressed concern to Mintz Levin that reporting the competitor's conduct to the DOJ could result in the DOJ investigating Atherotech for Atherotech's practices of paying P&H fees to physicians.

119.    For example, early in Mintz Levin's engagement, in April 2011, Robert Flaherty – a member of Atherotech's Board of Directors – emailed Hope Foster at Mintz Levin stating, "We would like to hear from you the extent to which we ourselves may be at risk based on what Mike and others have described to you and for what you have further learned by appropriate questions you have posed to them to unearth what you need to know to make such judgments."

19

120.    Similarly, Michael Mullen – Atherotech's CEO – emailed Hope Foster at Mintz Levin stating that Atherotech would "need to have legal advice/opinion on the likelihood there is an action, and if so, if we are a part of that action, what does it mean potentially to us in terms of risk."

121.    Despite Atherotech's concerns, Mintz Levin advised and re-assured Atherotech they should report their competitors' conduct to the DOJ regarding payment of P&H fees. Atherotech relied on Mintz Levin's advice in going to the DOJ to report on its competitors.

122.    On or before September 7, 2012, the Department of Justice (the "DOJ") began an investigation regarding Atherotech's claims submitted to Medicare.

123.    Specifically, the DOJ was investigating (a) whether Atherotech's payments to physicians were kickbacks to induce physicians to order the VAP test from Atherotech in violation of the Federal Anti-Kickback Statute (42 U.S.C. § 1320a-7b), and (b) whether Atherotech had submitted false claims against Medicare or other federal healthcare programs for medically unnecessary tests in violation of the False Claims act (31 U.S.C. §§3729-3730).

124.    Violations of the False Claims Act include treble damages, that is three times the amount of the false or fraudulent claim; and a penalty of not less than $5,500 and not more than $11,000 for each claim.

125.    Mintz Levin represented Atherotech with regard to the DOJ investigation.

126.    Even during the DOJ investigation, with Mintz Levin's knowledge, Atherotech continued to make P&H Fee payments to physicians.

127.    Mintz Levin either knew or should have known that Atherotech's practice of paying P&H Fees put Atherotech at risk of violating the False Claims Act.

20

128.    At no time during Mintz Levin's representation of Atherotech did Mintz Levin ever advise Atherotech to stop making P&H Fee payments to physicians.

129.    Despite failing to advise Atherotech to stop making P&H Fee payments to physicians after repeated expressions of concern from Atherotech, Mintz Levin invoiced and Atherotech paid for legal services totaling $619,673.83 for Mintz Levin's representation of Atherotech.

130.    Mintz Levin invoiced Atherotech for an additional $1,748,337.26 related to representing and defending Atherotech during the DOJ investigation.

131.    As of the Petition Date, Atherotech had contingent liabilities for violations of the False Claims Act in the amount of approximately $107,073,000 for P&H Fees that Atherotech paid from the beginning of Mintz Levin's representation in January 2011, through the date of the Dividend Recap.

132.    In Atherotech's bankruptcy case, the U.S. government, by and through two relators, has claims for more than $26.4 million based on Atherotech's payment of P&H Fees.

133.    Mintz Levin filed a claim in Atherotech's bankruptcy case for $181,397.99 for unpaid fees and expenses.

**P. Atherotech's Financial Collapse**

134.    By July 2014, just a little over a year after the Dividend Recap, Atherotech was no longer able to pay P&H Fees.

135.    Consequently, Atherotech's revenues decreased significantly due to the removal of this incentive for doctors to promote Atherotech tests for their patients.

136.    The HL Solvency Opinion did not account for this foreseeable event in any way.

21

137.    By July 2015, Fund IV had to invest another $3 million into Atherotech because of weaker sales in 2014.

138.    In August of 2015, Fund IV invested an additional $1.9 million into Atherotech to cure a default under the Credit Agreement.

139.    In October 2015, Fund IV invested an additional $2 million into Atherotech to provide Atherotech with liquidity to pay its bills as they became due.

140.    By December 2015, the Fund wrote down the value of its investment in Atherotech to $1 million.

141.    The Trustee ultimately sold Atherotech's assets for $19.6 million.

### Count I
### Intentionally Fraudulent Transfer (Bankruptcy Code § 544 and Ala. Code § 8-9A-4(a))

#### Against all Defendants except Mintz Levin and Behrman Management

142.    The Trustee adopts and incorporates all the previous paragraphs in this Complaint as if fully stated herein.

143.    Fund IV – by virtue of controlling three of the five seats on the Holdings Board - controlled the Debtors and were insiders of the Debtors.

144.    Each of the Directors was an insider of the Debtors.

145.    Each of the Officers was an insider of the Debtors.

146.    Prior to the Debtors paying the Dividend, the DOJ was investigating Atherotech for violations of Federal Anti-Kickback Statutes and violations of the False Claims Act.

147.    None of the Holdings Shareholders provided the Debtors with any consideration for the portion of the Dividend that they received.

148.    Atherotech paid the Dividend on the same day that it incurred a substantial debt in the form of the $40 million obligation to the Lenders.

22

149.    On the day that Atherotech paid the Dividend, it had assets with a book value of $45,244,096, and total liabilities with a book value of $51,045,820.

150.    Furthermore, Atherotech had unrecorded contingent liabilities for violations of the False Claims Act in the amount of approximately $107,073,000.

151.    Atherotech was insolvent on the day that it paid the Dividend.

152.    The Debtors paid the Dividend with the actual intent to hinder, delay, or defraud its creditors.

<div align="center">

**Count II**
**Constructively Fraudulent Transfer (Bankruptcy Code § 544 and Ala. Code § 8-9A-4(c))**

**Against all Defendants except Mintz Levin and Behrman Management**

</div>

153.    The Trustee adopts and incorporates all the previous paragraphs in this Complaint as if fully stated herein.

154.    None of the Holdings Shareholders provided the Debtors with any consideration for the portion of the Dividend that they received.

155.    With each Medicare-covered blood sample that Atherotech received and tested from physicians that received P&H fees, it received revenue of $140 to $150 per sample, and incurred a liability under the False Claims act for $5,500.

156.    Given the Debtor's loss on each Medicare-covered blood sample that Atherotech tested from physicians that received P&H fees, the Debtors had unreasonably small capital at the time of the Dividend.

157.    Furthermore, given the Debtor's loss on each Medicare-covered blood sample that Atherotech tested from physicians that received P&H fees, the Debtors incurred, or should have believed that they would incur, debts to the Lenders that were beyond the Debtors' ability to pay.

158.    The Dividend was constructively fraudulent as to the Debtors' creditors.

<div align="center">

23

</div>

DOCUMENT 2

## Count III
### Constructively Fraudulent Transfer (Bankruptcy Code § 544 and Ala. Code § 8-9A-(a))

#### Against all Defendants except Mintz Levin and Behrman Management

159.    The Trustee adopts and incorporates all the previous paragraphs in this Complaint as if fully stated herein.

160.    The Lenders, who provided a loan to the Debtors before the Debtors paid the Dividend, have a claim against the Debtors that was antecedent to the Dividend.

161.    None of the Holdings Shareholders provided the Debtors with any consideration for the portion of the Dividend that they received.

162.    On the day that Atherotech paid the Dividend, it had assets with a book value of $45,244,096, and total liabilities with a book value of $51,045,820.

163.    Furthermore, Atherotech had unrecorded contingent liabilities for violations of the False Claims Act in the amount of $107,073,000.

164.    Atherotech was insolvent on the day that it paid the Dividend.

165.    The Dividend was constructively fraudulent as to the Lenders.

## Count IV
### Recovery of Fraudulent Transfer (Bankruptcy Code § 550(a)(1)) - Holdings Shareholders

166.    The Trustee adopts and incorporates all the previous paragraphs in this Complaint as if fully stated herein.

167.    The Shareholders were the initial parties to receive the Dividend.

168.    Furthermore, the Debtors paid the Dividend for the benefit of the Shareholders.

169.    The Trustee may recover the Dividend from the Shareholders.

24

DOCUMENT 2

## Count V
### Recovery of Fraudulent Transfer (Bankruptcy Code § 550(a)(1)) – Fund IV Partners

170.    The Trustee adopts and incorporates all the previous paragraphs in this Complaint as if fully stated herein.

171.    Fund IV had no discretion to direct or control the Fund Dividend that Fund IV received from the Debtors.

172.    Rather, the Fund Dividend passed through Fund IV, penny-for-penny, and went to the Fund IV Partners.

173.    The Fund IV Partners were the beneficiaries of the Dividend to the extent they received such funds.

174.    The Trustee may recover the Dividend from the Fund IV Partners to the extent they received a portion of the Dividend.

## Count VI
### Recovery of Fraudulent Transfer (Bankruptcy Code § 550(a)(2)) – Fund IV Partners

175.    The Trustee adopts and incorporates all the previous paragraphs in this Complaint as if fully stated herein.

176.    After receiving the Fund Dividend, Fund IV paid the entirety of the Fund Dividend to the Fund IV Partners.

177.    The Fund IV Partners are each immediate or mediate transferees of the Fund Dividend from Fund IV.

178.    The Trustee may recover the Fund Dividend from the Fund IV Partners.

## Count VII
### Recovery of Fraudulent Transfer (Bankruptcy Code § 550(a)(2)) – Behrman Brothers Members

179.    The Trustee adopts and incorporates all the previous paragraphs in this Complaint as if fully stated herein.

25

180.    After receiving the Behrman Brothers Fund IV Dividend, Behrman Brothers paid the entirety of the Behrman Brothers Fund IV Dividend to the Behrman Brothers Members.

181.    The Behrman Brothers Members are each immediate or mediate transferees of the Behrman Brothers Fund IV Dividend from Behrman Brothers.

182.    The Trustee may recover the Behrman Brothers Fund IV Dividend from the Behrman Brothers Members.

<div align="center">

**Count VIII**
**Negligence – Behrman Management**

</div>

183.    The Trustee adopts and incorporates all the previous paragraphs in this Complaint as if fully stated herein.

184.    As Atherotech's financial and operational advisor, Behrman Management had a duty to provide reasonable and sound advice to Atherotech regarding its business practices.

185.    Behrman Management breached its common law duties to Atherotech by negligently failing to provide reasonable and sound business advice.

186.    Behrman Management breached its duty in failing to advise Atherotech regarding the appropriate levels of debt and equity that Atherotech should maintain.

187.    Behrman Management breached its duties to Atherotech by encouraging Atherotech to pay out the Dividend whereby Atherotech became more insolvent and threatened Atherotech's ability to be a long-term going concern.

188.    Behrman Management also breached its duty to Atherotech by advising Atherotech to engage in a business strategy that would increase the company's payments of P&H Fees, which were illegal kickbacks to physicians. Behrman Management continued this advice from 2010 to June 2014.

<div align="center">26</div>

189.    Moreover, Behrman Management breached its duties to Atherotech by failing to advise the company to stop paying P&H Fees when the DOJ notified Atherotech in September 2012 that it was being investigated for possible kickback payments to physicians.

190.    Behrman Management further breached its duty to Atherotech by failing to create and implement a reasonable strategy to respond to the changing competitive landscape that was created by the 2014 Fraud Alert.  Behrman Management failed to have a contingency plan in place in order to respond to the anticipated 2014 Fraud Alert, and the initiatives advanced by Behrman Management were hastily put together in disregard of the most basic decision-making processes.  Moreover, Behrman Management was negligent in advising Atherotech to change its billings practices in 2015, which led to further financial harm to the Debtors.

191.    As a proximate cause of Behrman Management's multiple breaches of its duty to provide sound and reasonable advice to Atherotech, Atherotech was forced to file for Chapter 7 bankruptcy in March 2016.

192.    As a result of Behrman Management's breaches, Atherotech suffered damages in the form of lost profits and exposed the company to avoidable liabilities, including unnecessary legal expenses and exposure to the federal government.

## Count IX
### Breach of Contract – Behrman Management

193.    The Trustee adopts and incorporates all the previous paragraphs in this Complaint as if fully stated herein.

194.    Atherotech and Behrman Management entered into a contract whereby Behrman Management agreed to serve as Atherotech's financial and operational advisor.

195.    Behrman Management breached the contract with Atherotech by failing to provide reasonable and sound business advice.  Behrman Management failed to advise

27

DOCUMENT 2

Atherotech regarding the appropriate levels of debt and equity that Atherotech should maintain. Behrman Management breached the contract by encouraging Atherotech to pay out as a dividend in 2013 an amount that left the company insolvent and threatened Atherotech's ability to be a long-term going concern.

196.    Behrman Management also breached its contract by advising Atherotech to engage in a business strategy that would increase the company's payments of P&H fees, which were illegal kickbacks to physicians. Moreover, Behrman Management breached its contractual duties by failing to advise the company to stop paying P&H fees when the government notified Atherotech in September 2012 that it was being investigated for possible kickback payments to physicians.    Behrman Management further breached its duty to Atherotech by failing to create and implement a reasonable strategy to respond to the changing competitive landscape that was created by the 2014 Fraud Alert.

197.    As a proximate cause of Behrman Management's multiple breaches of its contractual obligations, Atherotech was forced to file for Chapter 7 bankruptcy in March 2016. As a result of Behrman Management's breaches, Atherotech suffered damages in the form of lost profits and exposed the company to avoidable liabilities, including unnecessary legal expenses and exposure to the federal government.

### Count X
### Breach of Fiduciary Duty – Behrman Management

198.    The Trustee adopts and incorporates all the previous paragraphs in this Complaint as if fully stated herein.

28

199.   As Atherotech's financial and operational advisors, Behrman Management had a fiduciary duty to Atherotech to provide the company with financial and business advice that was in Atherotech's best interest.

200.   Behrman Management breached its fiduciary duties to Atherotech.   Behrman Management breached its duty in failing to advise Atherotech regarding the appropriate levels of debt and equity that Atherotech should maintain.   Behrman Management breached its duties to Atherotech by encouraging Atherotech to pay out as a dividend in 2013 an amount that left the company insolvent and threatened Atherotech's ability to be a long-term going concern.

201.   Behrman Management also breached its duty to Atherotech by advising Atherotech to engage in a business strategy that would increase the company's payments of P&H fees, which were illegal kickbacks to physicians. Moreover, Behrman Management breached its duties to Atherotech by failing to advise the company to stop paying P&H fees when the government notified Atherotech in September 2012 that it was being investigated for possible kickback payments to physicians.

202.   As a proximate cause of Behrman Management's multiple breaches of its fiduciary duties, Atherotech was forced to file for Chapter 7 bankruptcy in March 2016. As a result of Behrman Management's breaches, Atherotech suffered damages in the form of lost profits and exposed the company to avoidable liabilities, including unnecessary legal expenses and exposure to the federal government.

**Count XI**
**Unjust Enrichment against Mintz Levin – Payments for regulatory advice**

203.    The Trustee adopts and incorporates all the previous paragraphs in this Complaint as if fully stated herein.

204.    Atherotech paid Mintz Levin $619,673.83 to provide Atherotech with competent regulatory advice concerning among other things the legality of paying P&H Fees.

205.    In making these payments to Mintz Levin, Atherotech expected to receive competent regulatory advice concerning, among other things, the legality of paying P&H Fees.

206.    Mintz Levin failed to provide Atherotech with competent regulatory advice concerning, among other things, the legality of paying P&H Fees.

207.    Mintz Levin became unjustly enriched by the payment of $2,368,011.09 from Atherotech for Mintz Levin's advice and/or lack of advice on the legality of paying P&H fees.

### Count XII
### Negligence - Mintz Levin

208.    The Trustee adopts and incorporates all the previous paragraphs in this Complaint as if fully stated herein.

209.    When Mintz Levin undertook the represent Atherotech under its general engagement letter, Mintz Levin assumed the duty to advise Atherotech with regard to Atherotech's healthcare regulatory-related practices in a professional manner.

210.    Despite knowing that Atherotech was paying P&H Fees and running a risk by doing so, Mintz Levin never advised Atherotech to stop paying P&H Fees.

211.    Rather, Mintz Levin allowed Atherotech to continue to this risk and ultimately have substantial unreported liabilities to the government for its violations of the False Claims Act; liabilities totaling at a minimum $26.4 million.

212.    Despite knowing that Atherotech was paying P&H Fees and running a risk by doing so, Mintz Levin advised Atherotech to complain to the DOJ concerning Atherotech's

30

competitors' practices of paying P&H Fees and admit to the DOJ that Atherotech was paying P&H Fees.

213.    After Atherotech acted on Mintz Levin's advice, and based on Atherotech's disclosures of paying P&H Fees itself, the DOJ began an investigation into Atherotech's practice of paying P&H Fees.

214.    This investigation led to Atherotech paying Mintz Levin $1,748,337.26 for representation related to the DOJ investigation.

215.    Altogether, Mintz Levin's failure to competently advise regarding ceasing to pay P&H Fees resulted in False Act Claims against Atherotech for a minimum of $26.4 million and Mintz Levin's actual advice cost Atherotech $1,748,337.26 in unnecessary legal fees. Mintz Levin breached the standard of care applicable to attorneys providing advice in Alabama to an Alabama client as it related to Mintz Levin's acts and omissions concerning the legality of paying P&H fees as referenced above.

### Count XIII
### Objection to Mintz Levin's Claim

216.    The Trustee adopts and incorporates all the previous paragraphs in this Complaint as if fully stated herein.

217.    The Trustee objects to Mintz Levin's claim.

218.    Because Mintz Levin was negligent when representing Atherotech, Mintz Levin is not entitled to a claim against Atherotech.


WHEREFORE, the Trustee respectfully requests that this Court:

A.    To enter judgment in favor of Trustee and against Defendants and each of them jointly and severally, in an amount to be proven at trial;

31

DOCUMENT 2

B.   Award direct and, if applicable, consequential, incidental, and punitive damages

in an amount to be determined at trial;

C.   Award costs, as provided by law; and

D.   Enter judgment awarding such other further relief as this Court deems just and

equitable.


Respectfully submitted,

/s/ Bill D. Bensinger
Daniel D. Sparks
Richard E. Smith
Bill D. Bensinger
Jonathan W. Macklem
Attorneys for Thomas E. Reynolds, Trustee

OF COUNSEL:

CHRISTIAN & SMALL, LLP
1800 Financial Center
505 North 20th Street
Birmingham, Alabama 35203
Tel:  205-250-6626
Fax:  205-328-7234
Email:  bdb@csattorneys.com


## JURY DEMAND

Plaintiff respectfully requests all issues be decided by a struck jury.

/s/  Bill D. Bensinger
Of Counsel


32

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2018-900889.00 |
|---|---|---|

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
THOMAS E. REYNOLDS TRUSTEE V. BEHRMAN CAPITAL IV L.P. ET AL

NOTICE TO:  BEHRMAN CAPITAL IV L.P., CORPORATION SERVICE COMPA 251 LITTLE FALLS DR., WILMINGTON, DE 19808

<p style="text-align:center">(Name and Address of Defendant)</p>

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
BILL DELONEY BENSINGER

<p style="text-align:center">[Name(s) of Attorney(s)]</p>

WHOSE ADDRESS(ES) IS/ARE: 505 North 20th Street, Suite 1800, BIRMINGHAM, AL 35203

<p style="text-align:center">[Address(es) of Plaintiff(s) or Attorney(s)]</p>

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of
pursuant to the Alabama Rules of the Civil Procedure.

THOMAS E. REYNOLDS
TRUSTEE

<p style="text-align:right">[Name(s)]</p>

| 3/3/2018 12:10:55 PM | /s/ ANNE-MARIE ADAMS | By: |
|---|---|---|
| (Date) | (Signature of Clerk) | (Name) |

☑ Certified Mail is hereby requested.     /s/ BILL DELONEY BENSINGER
<p style="text-align:center">(Plaintiff's/Attorney's Signature)</p>

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____

<p style="text-align:center">(Date)</p>

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
<p>(Name of Person Served)          (Name of County)</p>

Alabama on _____.
<p>(Date)</p>

| | |
|---|---|
| _____ | (Address of Server) |
| (Type of Process Server) | _____ |
| _____<br>(Server's Signature) | |
| _____<br>(Server's Printed Name) | _____<br>(Phone Number of Server) |

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2018-900889.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### THOMAS E. REYNOLDS TRUSTEE V. BEHRMAN CAPITAL IV L.P. ET AL

NOTICE TO: BEHRMAN BROTHERS IV L.L.C., CORPORATION SERVICE COMPA 251 LITTLE FALLS DR., WILMINGTON, DE 19808

<div align="center">(Name and Address of Defendant)</div>

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
BILL DELONEY BENSINGER                                                                                                ,

<div align="center">[Name(s) of Attorney(s)]</div>

WHOSE ADDRESS(ES) IS/ARE: 505 North 20th Street, Suite 1800, BIRMINGHAM, AL 35203                                   .

<div align="center">[Address(es) of Plaintiff(s) or Attorney(s)]</div>

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in
this action upon the above-named Defendant.          THOMAS E. REYNOLDS

☑ Service by certified mail of this Summons is initiated upon the written request of TRUSTEE
pursuant to the Alabama Rules of the Civil Procedure.          [Name(s)]

| 3/3/2018 12:10:55 PM | /s/ ANNE-MARIE ADAMS | By: |
|---|---|---|
| (Date) | (Signature of Clerk) | (Name) |

☑ Certified Mail is hereby requested. | /s/ BILL DELONEY BENSINGER |
|---|---|
| | (Plaintiff's/Attorney's Signature) |

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .
<div align="right">(Date)</div>

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

<div align="center">in _____ County,</div>

<div align="center">(Name of Person Served)          (Name of County)</div>

Alabama on _____

<div align="center">(Date)</div>

| | | (Address of Server) |
|---|---|---|
| (Type of Process Server) | (Server's Signature) | |
| | (Server's Printed Name) | (Phone Number of Server) |

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2018-900889.00 |
|---|---|---|

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
THOMAS E. REYNOLDS TRUSTEE V. BEHRMAN CAPITAL IV L.P. ET AL

NOTICE TO:  MIDCAP FINANCIAL INVESTMENT, LP, CORPORATION TRUST COMPANY 1209 ORANGE STREET, WILMINGTON, DE 19801

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
BILL DELONEY BENSINGER

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 505 North 20th Street, Suite 1800, BIRMINGHAM, AL 35203

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of TRUSTEE pursuant to the Alabama Rules of the Civil Procedure.

THOMAS E. REYNOLDS
*[Name(s)]*

| 3/3/2018 12:10:55 PM | /s/ ANNE-MARIE ADAMS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.

/s/ BILL DELONEY BENSINGER
*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
*(Name of Person Served)*          *(Name of County)*

Alabama on _____ .
*(Date)*

_____
*(Address of Server)*

_____
*(Type of Process Server)*

_____
*(Server's Signature)*

_____
*(Phone Number of Server)*

_____
*(Server's Printed Name)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2018-900889.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### THOMAS E. REYNOLDS TRUSTEE V. BEHRMAN CAPITAL IV L.P. ET AL

NOTICE TO: CORE AMERICAS/GLOBAL HOLDINGS, LP, CORPORATION TRUST COMPANY 1209 ORANGE STREET, WILMINGTON, DE 19801

<div align="center">(Name and Address of Defendant)</div>

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
BILL DELONEY BENSINGER

<div align="center">[Name(s) of Attorney(s)]</div>

WHOSE ADDRESS(ES) IS/ARE: 505 North 20th Street, Suite 1800, BIRMINGHAM, AL 35203

<div align="center">[Address(es) of Plaintiff(s) or Attorney(s)]</div>

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in
this action upon the above-named Defendant.          THOMAS E. REYNOLDS

☑ Service by certified mail of this Summons is initiated upon the written request of TRUSTEE
pursuant to the Alabama Rules of the Civil Procedure.          [Name(s)]

| 3/3/2018 12:10:55 PM | /s/ ANNE-MARIE ADAMS | By: |
|---|---|---|
| (Date) | (Signature of Clerk) | (Name) |

☑ Certified Mail is hereby requested.          /s/ BILL DELONEY BENSINGER

<div align="center">(Plaintiff's/Attorney's Signature)</div>

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

<div align="right">(Date)</div>

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

<div align="center">(Name of Person Served)                    (Name of County)</div>

Alabama on _____ .

<div align="center">(Date)</div>

|  |  | (Address of Server) |
|---|---|---|
| (Type of Process Server) | (Server's Signature) | |
| | (Server's Printed Name) | (Phone Number of Server) |

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2018-900889.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**THOMAS E. REYNOLDS TRUSTEE V. BEHRMAN CAPITAL IV L.P. ET AL**

NOTICE TO: CS STRATEGIC PARTNERS IV INVESTMENTS, LP, 11 MADISON AVE 16TH FLOOR, NEW YORK, NY 10010
_____
(Name and Address of Defendant)

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
BILL DELONEY BENSINGER
_____
[Name(s) of Attorney(s)]

WHOSE ADDRESS(ES) IS/ARE: 505 North 20th Street, Suite 1800, BIRMINGHAM, AL 35203
_____
[Address(es) of Plaintiff(s) or Attorney(s)]

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in
this action upon the above-named Defendant.

THOMAS E. REYNOLDS

☑ Service by certified mail of this Summons is initiated upon the written request of TRUSTEE
pursuant to the Alabama Rules of the Civil Procedure.

[Name(s)]

| 3/3/2018 12:10:55 PM | /s/ ANNE-MARIE ADAMS | By: |
|---|---|---|
| (Date) | (Signature of Clerk) | (Name) |

☑ Certified Mail is hereby requested.     /s/ BILL DELONEY BENSINGER
_____
(Plaintiff's/Attorney's Signature)

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____
(Date)

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
(Name of Person Served)             (Name of County)

Alabama on _____.
(Date)

_____ (Address of Server)

_____     _____
(Type of Process Server)     (Server's Signature)

_____     _____
(Server's Printed Name)     (Phone Number of Server)

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2018-900889.00 |
|---|---|---|

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
THOMAS E. REYNOLDS TRUSTEE V. BEHRMAN CAPITAL IV L.P. ET AL

NOTICE TO: GLOBAL FUND PARTNERS II, LP, CORPORATION TRUST COMPANY 1209 ORANGE STREET, WILMINGTON, DE 19801

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), BILL DELONEY BENSINGER

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 505 North 20th Street, Suite 1800, BIRMINGHAM, AL 35203

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of TRUSTEE pursuant to the Alabama Rules of the Civil Procedure.

THOMAS E. REYNOLDS
*[Name(s)]*

| 3/3/2018 12:10:55 PM | /s/ ANNE-MARIE ADAMS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.

/s/ BILL DELONEY BENSINGER
*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
*(Name of Person Served)*          *(Name of County)*

Alabama on _____
*(Date)*

_____
*(Address of Server)*

_____
*(Type of Process Server)*

_____
*(Server's Signature)*

_____
*(Phone Number of Server)*

_____
*(Server's Printed Name)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2018-900889.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**THOMAS E. REYNOLDS TRUSTEE V. BEHRMAN CAPITAL IV L.P. ET AL**

NOTICE TO:  METLIFE INSURANCE COMPANY OF CONNECTICUT, ONE CITY PLACE 18TH FLOOR, HARTFORD, CT 06103

<div align="center">(Name and Address of Defendant)</div>

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), BILL DELONEY BENSINGER

<div align="center">[Name(s) of Attorney(s)]</div>

WHOSE ADDRESS(ES) IS/ARE: 505 North 20th Street, Suite 1800, BIRMINGHAM, AL 35203

<div align="center">[Address(es) of Plaintiff(s) or Attorney(s)]</div>

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

<div align="center">TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:</div>

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of   THOMAS E. REYNOLDS TRUSTEE
pursuant to the Alabama Rules of the Civil Procedure.

<div align="right">[Name(s)]</div>

| 3/3/2018 12:10:55 PM | /s/ ANNE-MARIE ADAMS | By: |
|---|---|---|
| (Date) | (Signature of Clerk) | (Name) |

☑ Certified Mail is hereby requested.         /s/ BILL DELONEY BENSINGER

<div align="center">(Plaintiff's/Attorney's Signature)</div>

<div align="center">RETURN ON SERVICE</div>

☐ Return receipt of certified mail received in this office on _____

<div align="center">(Date)</div>

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

<div align="center">(Name of Person Served)          (Name of County)</div>

Alabama on _____

<div align="center">(Date)</div>

| (Type of Process Server) | (Server's Signature) | (Address of Server) |
|---|---|---|
| | (Server's Printed Name) | (Phone Number of Server) |

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2018-900889.00 |
| --- | --- | --- |

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
THOMAS E. REYNOLDS TRUSTEE V. BEHRMAN CAPITAL IV L.P. ET AL

NOTICE TO: PORTFOLIO ADVISORS SECONDARY FUND, L.P., COGENCY GLOBAL, INC. 850 NEW BURTON RD STE 201, DOVER, DE 19904
_____
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
BILL DELONEY BENSINGER
_____,
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 505 North 20th Street, Suite 1800, BIRMINGHAM, AL 35203
_____.
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in
this action upon the above-named Defendant.                    THOMAS E. REYNOLDS
☑ Service by certified mail of this Summons is initiated upon the written request of TRUSTEE
pursuant to the Alabama Rules of the Civil Procedure.                                    *[Name(s)]*

| 3/3/2018 12:10:55 PM | /s/ ANNE-MARIE ADAMS | By: |
| --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.          /s/ BILL DELONEY BENSINGER
_____
*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
*(Name of Person Served)*                 *(Name of County)*

Alabama on _____.
*(Date)*

_____                 _____
*(Address of Server)*

_____       _____
*(Type of Process Server)*             *(Server's Signature)*                 _____

_____       _____
*(Server's Printed Name)*              *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2018-900889.00 |
|---|---|---|

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
THOMAS E. REYNOLDS TRUSTEE V. BEHRMAN CAPITAL IV L.P. ET AL

NOTICE TO: STEPSTONE PRIVATE EQUITY PARTNERS III L.P., CORPORATION TRUST COMPANY 1209 ORANGE STREET, WILMINGTON, DE 19801

(Name and Address of Defendant)

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
BILL DELONEY BENSINGER

(Name(s) of Attorney(s))

WHOSE ADDRESS(ES) IS/ARE: 505 North 20th Street, Suite 1800, BIRMINGHAM, AL 35203

(Address(es) of Plaintiff(s) or Attorney(s))

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of TRUSTEE pursuant to the Alabama Rules of the Civil Procedure.

THOMAS E. REYNOLDS
[Name(s)]

3/3/2018 12:10:55 PM          /s/ ANNE-MARIE ADAMS          By: _____
(Date)                       (Signature of Clerk)              (Name)

☑ Certified Mail is hereby requested.      /s/ BILL DELONEY BENSINGER
(Plaintiff's/Attorney's Signature)

RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____
(Date)

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
(Name of Person Served)        (Name of County)

Alabama on _____.
(Date)

_____          (Address of Server)
(Type of Process Server)     (Server's Signature)

_____          _____
(Server's Printed Name)       (Phone Number of Server)

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2018-900889.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### THOMAS E. REYNOLDS TRUSTEE V. BEHRMAN CAPITAL IV L.P. ET AL

NOTICE TO: AMANDA ZEITLIN, 11 DARBROOK ROAD, WESTPORT, CT 06880
_____
(Name and Address of Defendant)

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
BILL DELONEY BENSINGER
_____
[Name(s) of Attorney(s)]

WHOSE ADDRESS(ES) IS/ARE: 505 North 20th Street, Suite 1800, BIRMINGHAM, AL 35203
[Address(es) of Plaintiff(s) or Attorney(s)]

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of TRUSTEE pursuant to the Alabama Rules of the Civil Procedure.

THOMAS E. REYNOLDS
[Name(s)]

3/3/2018 12:10:55 PM
(Date)

/s/ ANNE-MARIE ADAMS
(Signature of Clerk)

By: _____
(Name)

☑ Certified Mail is hereby requested.

/s/ BILL DELONEY BENSINGER
(Plaintiff's/Attorney's Signature)

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____
(Date)

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

in _____ County,
(Name of Person Served) (Name of County)

Alabama on _____
(Date)

_____ (Type of Process Server)

_____ (Server's Signature)

_____ (Server's Printed Name)

(Address of Server)
_____

(Phone Number of Server)

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2018-900889.00 |
|---|---|---|

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
THOMAS E. REYNOLDS TRUSTEE V. BEHRMAN CAPITAL IV L.P. ET AL

NOTICE TO:  GREG M. BEHRMAN, 2717 NORTH STREET, FAIRFIELD, CT 06824
_____
(Name and Address of Defendant)

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
BILL DELONEY BENSINGER
_____
[Name(s) of Attorney(s)]

WHOSE ADDRESS(ES) IS/ARE: 505 North 20th Street, Suite 1800, BIRMINGHAM, AL 35203
[Address(es) of Plaintiff(s) or Attorney(s)]

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL
PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of TRUSTEE pursuant to the Alabama Rules of the Civil Procedure.

THOMAS E. REYNOLDS
[Name(s)]

3/3/2018 12:10:55 PM
(Date)

/s/ ANNE-MARIE ADAMS
(Signature of Clerk)

By: _____
(Name)

☑ Certified Mail is hereby requested.

/s/ BILL DELONEY BENSINGER
(Plaintiff's/Attorney's Signature)

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____
(Date)

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
(Name of Person Served)          (Name of County)

Alabama on _____
(Date)

_____          (Address of Server)
(Type of Process Server)

_____          _____
(Server's Signature)          (Phone Number of Server)

_____
(Server's Printed Name)

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2018-900889.00 |
|---|---|---|

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
THOMAS E. REYNOLDS TRUSTEE V. BEHRMAN CAPITAL IV L.P. ET AL

NOTICE TO:  GREGORY J. CHIATE, 18 CIBRIAN DRIVE, TIBURON, CA 94920

<div align="center">(Name and Address of Defendant)</div>

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
BILL DELONEY BENSINGER

<div align="center">[Name(s) of Attorney(s)]</div>

WHOSE ADDRESS(ES) IS/ARE: 505 North 20th Street, Suite 1800, BIRMINGHAM, AL 35203

<div align="center">[Address(es) of Plaintiff(s) or Attorney(s)]</div>

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL
PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in
this action upon the above-named Defendant.                                    THOMAS E. REYNOLDS

☑ Service by certified mail of this Summons is initiated upon the written request of TRUSTEE
pursuant to the Alabama Rules of the Civil Procedure.                                    [Name(s)]

| 3/3/2018 12:10:55 PM | /s/ ANNE-MARIE ADAMS | By: |
|---|---|---|
| (Date) | (Signature of Clerk) | (Name) |

☑ Certified Mail is hereby requested.          /s/ BILL DELONEY BENSINGER
                                               (Plaintiff's/Attorney's Signature)

<div align="center">RETURN ON SERVICE</div>

☐ Return receipt of certified mail received in this office on _____
<div align="right">(Date)</div>

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
(Name of Person Served)            (Name of County)

Alabama on _____
              (Date)

_____
(Address of Server)

_____          _____
(Type of Process Server)          (Server's Signature)

                                  _____
                                  _____
                                  (Phone Number of Server)

                                  _____
(Server's Printed Name)

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2018-900889.00 |
|---|---|---|

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
THOMAS E. REYNOLDS TRUSTEE V. BEHRMAN CAPITAL IV L.P. ET AL

NOTICE TO:  GARY DIEBER, 10 HAWTHORNE AVE, PORT WASHINGTON, NY 11050
_____
(Name and Address of Defendant)

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
BILL DELONEY BENSINGER
_____
[Name(s) of Attorney(s)]

WHOSE ADDRESS(ES) IS/ARE: 505 North 20th Street, Suite 1800, BIRMINGHAM, AL 35203
_____
[Address(es) of Plaintiff(s) or Attorney(s)]

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of
THOMAS E. REYNOLDS TRUSTEE
[Name(s)]
pursuant to the Alabama Rules of the Civil Procedure.

| 3/3/2018 12:10:55 PM | /s/ ANNE-MARIE ADAMS | By: _____ |
|---|---|---|
| (Date) | (Signature of Clerk) | (Name) |

☑ Certified Mail is hereby requested.          /s/ BILL DELONEY BENSINGER
_____
(Plaintiff's/Attorney's Signature)

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.
(Date)

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
(Name of Person Served)                 (Name of County)

Alabama on _____.
(Date)

_____
(Address of Server)

_____          _____
(Type of Process Server)          (Server's Signature)

_____          _____
(Server's Printed Name)          (Phone Number of Server)

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2018-900889.00 |
|---|---|---|

<div align="center">

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

THOMAS E. REYNOLDS TRUSTEE V. BEHRMAN CAPITAL IV L.P. ET AL

</div>

NOTICE TO:  THE DOUGLAS E. BEHRMAN TRUST, ATTN: TRUSTEE 23 FAREWELL LANE, GREENWICH, CT 06831

<div align="center">(Name and Address of Defendant)</div>

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), BILL DELONEY BENSINGER

<div align="center">[Name(s) of Attorney(s)]</div>

WHOSE ADDRESS(ES) IS/ARE: 505 North 20th Street, Suite 1800, BIRMINGHAM, AL 35203

<div align="center">[Address(es) of Plaintiff(s) or Attorney(s)]</div>

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

<div align="center">

TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

</div>

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of TRUSTEE pursuant to the Alabama Rules of the Civil Procedure.

THOMAS E. REYNOLDS

<div align="right">[Name(s)]</div>

| 3/3/2018 12:10:55 PM | /s/ ANNE-MARIE ADAMS | By: |
|---|---|---|
| (Date) | (Signature of Clerk) | (Name) |

☑ Certified Mail is hereby requested.

/s/ BILL DELONEY BENSINGER

<div align="center">(Plaintiff's/Attorney's Signature)</div>

<div align="center">

## RETURN ON SERVICE

</div>

☐ Return receipt of certified mail received in this office on _____

<div align="center">(Date)</div>

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

<div align="center">(Name of Person Served)          (Name of County)</div>

Alabama on _____

<div align="center">(Date)</div>

_____

<div align="center">(Address of Server)</div>

_____      _____

<div align="center">(Type of Process Server)          (Server's Signature)</div>

_____      _____

<div align="center">(Server's Printed Name)          (Phone Number of Server)</div>

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2018-900889.00 |
|---|---|---|

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
THOMAS E. REYNOLDS TRUSTEE V. BEHRMAN CAPITAL IV L.P. ET AL

NOTICE TO: MARK V. GRIMES, 5 THOMPSON STREET, ANNAPOLIS, MD 21401
<div align="center">(Name and Address of Defendant)</div>

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), BILL DELONEY BENSINGER
<div align="center">[Name(s) of Attorney(s)]</div>

WHOSE ADDRESS(ES) IS/ARE: 505 North 20th Street, Suite 1800, BIRMINGHAM, AL 35203
<div align="center">[Address(es) of Plaintiff(s) or Attorney(s)]</div>

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THOMAS E. REYNOLDS TRUSTEE

pursuant to the Alabama Rules of the Civil Procedure. [Name(s)]

| 3/3/2018 12:10:55 PM | /s/ ANNE-MARIE ADAMS | By: |
|---|---|---|
| (Date) | (Signature of Clerk) | (Name) |

☑ Certified Mail is hereby requested.   /s/ BILL DELONEY BENSINGER
<div align="center">(Plaintiff's/Attorney's Signature)</div>

<div align="center">RETURN ON SERVICE</div>

☐ Return receipt of certified mail received in this office on _____
<div align="right">(Date)</div>

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
(Name of Person Served)        (Name of County)

Alabama on _____ .
                    (Date)

_____                    _____
(Type of Process Server)        (Server's Signature)        (Address of Server)

                    _____                    _____
                    (Server's Printed Name)        (Phone Number of Server)

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2018-900889.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
THOMAS E. REYNOLDS TRUSTEE V. BEHRMAN CAPITAL IV L.P. ET AL

NOTICE TO:  THE KIMBERLY E. BEHRMAN TRUST, ATTN: TRUSTEE 23 FAREWELL LANE, GREENWICH, CT 06831

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
BILL DELONEY BENSINGER

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 505 North 20th Street, Suite 1800, BIRMINGHAM, AL 35203

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

THOMAS E. REYNOLDS

☑ Service by certified mail of this Summons is initiated upon the written request of TRUSTEE pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 3/3/2018 12:10:55 PM | /s/ ANNE-MARIE ADAMS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.

/s/ BILL DELONEY BENSINGER
*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
*(Name of Person Served)*        *(Name of County)*

Alabama on _____.
*(Date)*

_____   _____   *(Address of Server)*
*(Type of Process Server)*     *(Server's Signature)*      _____

_____   _____
*(Server's Printed Name)*      *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2018-900889.00 |
| --- | --- | --- |

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### THOMAS E. REYNOLDS TRUSTEE V. BEHRMAN CAPITAL IV L.P. ET AL

NOTICE TO:  SIMON LONERGAN, 18 GRAMERCY PARK SOUTH UNIT 6, NEW YORK, NY 10003
_____
(Name and Address of Defendant)

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), BILL DELONEY BENSINGER
_____,
[Name(s) of Attorney(s)]

WHOSE ADDRESS(ES) IS/ARE: 505 North 20th Street, Suite 1800, BIRMINGHAM, AL 35203
_____.
[Address(es) of Plaintiff(s) or Attorney(s)]

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in
this action upon the above-named Defendant.                        THOMAS E. REYNOLDS

☑ Service by certified mail of this Summons is initiated upon the written request of TRUSTEE
pursuant to the Alabama Rules of the Civil Procedure.                        [Name(s)]

| 3/3/2018 12:10:55 PM | /s/ ANNE-MARIE ADAMS | By: _____ |
| --- | --- | --- |
| (Date) | (Signature of Clerk) | (Name) |

| ☑ Certified Mail is hereby requested. | /s/ BILL DELONEY BENSINGER |
| --- | --- |
| | (Plaintiff's/Attorney's Signature) |

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on  _____
                                                                                      (Date)

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
(Name of Person Served)                        (Name of County)

Alabama on _____
                        (Date)

_____                        _____
(Type of Process Server)                        (Address of Server)

_____                        _____
(Server's Signature)

_____                        _____
(Server's Printed Name)                        (Phone Number of Server)

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2018-900889.00 |
| --- | --- | --- |

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
THOMAS E. REYNOLDS TRUSTEE V. BEHRMAN CAPITAL IV L.P. ET AL

NOTICE TO: WILLIAM MATTES, 1685 INGLEWOOD AVE, ST. HELENA, CA 94574

(Name and Address of Defendant)

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
BILL DELONEY BENSINGER

(Name(s) of Attorney(s))

WHOSE ADDRESS(ES) IS/ARE: 505 North 20th Street, Suite 1800, BIRMINGHAM, AL 35203

(Address(es) of Plaintiff(s) or Attorney(s))

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in
this action upon the above-named Defendant.            THOMAS E. REYNOLDS

☑ Service by certified mail of this Summons is initiated upon the written request of TRUSTEE
pursuant to the Alabama Rules of the Civil Procedure.                      [Name(s)]

| 3/3/2018 12:10:55 PM | /s/ ANNE-MARIE ADAMS | By: |
| (Date) | (Signature of Clerk) | (Name) |

| ☑ Certified Mail is hereby requested. | /s/ BILL DELONEY BENSINGER |
| | (Plaintiff's/Attorney's Signature) |

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on

(Date)

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to

in _____ County,
(Name of Person Served)            (Name of County)

Alabama on _____
(Date)

(Address of Server)

(Type of Process Server)        (Server's Signature)

(Server's Printed Name)        (Phone Number of Server)

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2018-900889.00 |
|---|---|---|

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
THOMAS E. REYNOLDS TRUSTEE V. BEHRMAN CAPITAL IV L.P. ET AL

NOTICE TO:   MICHAEL RAPPORT, 29 BONNETT AVE, LARCHMONT, NY 10538
_____
(Name and Address of Defendant)

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
BILL DELONEY BENSINGER
_____ .
[Name(s) of Attorney(s)]

WHOSE ADDRESS(ES) IS/ARE: 505 North 20th Street, Suite 1800, BIRMINGHAM, AL 35203
_____ .
[Address(es) of Plaintiff(s) or Attorney(s)]

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL
PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in
this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of TRUSTEE
pursuant to the Alabama Rules of the Civil Procedure.

THOMAS E. REYNOLDS
_____
[Name(s)]

| 3/3/2018 12:10:55 PM | /s/ ANNE-MARIE ADAMS | By: |
|---|---|---|
| (Date) | (Signature of Clerk) | (Name) |

☑ Certified Mail is hereby requested.        /s/ BILL DELONEY BENSINGER
_____
(Plaintiff's/Attorney's Signature)

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .
(Date)

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____   in   _____ County,
(Name of Person Served)            (Name of County)

Alabama on _____ .
(Date)

_____
(Address of Server)

_____
(Type of Process Server)

_____        _____
(Server's Signature)                     

_____        _____
(Server's Printed Name)              (Phone Number of Server)

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2018-900889.00 |
|---|---|---|

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
THOMAS E. REYNOLDS TRUSTEE V. BEHRMAN CAPITAL IV L.P. ET AL

NOTICE TO: PRADYUT SHAH, 1333 DIAMOND STREET, SAN FRANCISCO, CA 94131
_____
(Name and Address of Defendant)

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
BILL DELONEY BENSINGER
_____
[Name(s) of Attorney(s)]

WHOSE ADDRESS(ES) IS/ARE: 505 North 20th Street, Suite 1800, BIRMINGHAM, AL 35203
_____
[Address(es) of Plaintiff(s) or Attorney(s)]

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in
this action upon the above-named Defendant.                                    THOMAS E. REYNOLDS
☑ Service by certified mail of this Summons is initiated upon the written request of TRUSTEE
pursuant to the Alabama Rules of the Civil Procedure.                                [Name(s)]

| 3/3/2018 12:10:55 PM | /s/ ANNE-MARIE ADAMS | By: |
|---|---|---|
| (Date) | (Signature of Clerk) | (Name) |

| ☑ Certified Mail is hereby requested. | /s/ BILL DELONEY BENSINGER |
|---|---|
| | (Plaintiff's/Attorney's Signature) |

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.
                                                                                    (Date)

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to_____
_____ in _____ County,
(Name of Person Served)                                  (Name of County)

Alabama on _____.
                        (Date)

_____                        _____
(Type of Process Server)          _____          (Address of Server)
                                  (Server's Signature)

                                  _____          _____
                                  (Server's Printed Name)                (Phone Number of Server)

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2018-900889.00 |
|---|---|---|

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
THOMAS E. REYNOLDS TRUSTEE V. BEHRMAN CAPITAL IV L.P. ET AL

NOTICE TO:  JEFFREY S. WU, 210 EAST 15TH STREET APT 10JK, NEW YORK, NY 10003
_____
(Name and Address of Defendant)

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), BILL DELONEY BENSINGER
_____ ,
[Name(s) of Attorney(s)]

WHOSE ADDRESS(ES) IS/ARE: 505 North 20th Street, Suite 1800, BIRMINGHAM, AL 35203
_____ .
[Address(es) of Plaintiff(s) or Attorney(s)]

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of TRUSTEE pursuant to the Alabama Rules of the Civil Procedure.

THOMAS E. REYNOLDS
[Name(s)]

| 3/3/2018 12:10:55 PM | /s/ ANNE-MARIE ADAMS | By: |
|---|---|---|
| (Date) | (Signature of Clerk) | (Name) |

| ☑ Certified Mail is hereby requested. | /s/ BILL DELONEY BENSINGER |
|---|---|
| | (Plaintiff's/Attorney's Signature) |

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____
_____ .
(Date)

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
_____ in _____ County,
(Name of Person Served)                       (Name of County)

Alabama on _____
(Date)

_____                       (Address of Server)
(Type of Process Server)       _____
                               (Server's Signature)       _____

_____                       (Phone Number of Server)
                               (Server's Printed Name)

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2018-900889.00 |
|---|---|---|

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
THOMAS E. REYNOLDS TRUSTEE V. BEHRMAN CAPITAL IV L.P. ET AL

NOTICE TO: 75. BEHRMAN BROTHERS MANAGEMENT CORPORATION, CORPORATION SERVICE COMPA 251 LITTLE FALLS DR.,
WILMINGTON, DE 19808

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
BILL DELONEY BENSINGER

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 505 North 20th Street, Suite 1800, BIRMINGHAM, AL 35203

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL
PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in
this action upon the above-named Defendant.                    THOMAS E. REYNOLDS

☑ Service by certified mail of this Summons is initiated upon the written request of TRUSTEE
pursuant to the Alabama Rules of the Civil Procedure.                    *[Name(s)]*

| 3/3/2018 12:10:55 PM | /s/ ANNE-MARIE ADAMS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.  /s/ BILL DELONEY BENSINGER
*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
*(Name of Person Served)*              *(Name of County)*

Alabama on _____
*(Date)*

_____          _____
*(Address of Server)*

_____
*(Type of Process Server)*    *(Server's Signature)*    _____
*(Phone Number of Server)*

_____
*(Server's Printed Name)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2018-900889.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### THOMAS E. REYNOLDS TRUSTEE V. BEHRMAN CAPITAL IV L.P. ET AL

NOTICE TO:  MINTZ LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C., CORPORATION SERVICE COMPA 84 STATE STREET, BOSTON, MA 02109

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), BILL DELONEY BENSINGER

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 505 North 20th Street, Suite 1800, BIRMINGHAM, AL 35203

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of pursuant to the Alabama Rules of the Civil Procedure.

THOMAS E. REYNOLDS TRUSTEE

*[Name(s)]*

| 3/3/2018 12:10:55 PM | /s/ ANNE-MARIE ADAMS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.

/s/ BILL DELONEY BENSINGER

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____

*(Date)*

_____

*(Address of Server)*

_____            _____

*(Type of Process Server)*        *(Server's Signature)*

_____            _____

*(Server's Printed Name)*         *(Phone Number of Server)*

DOCUMENT 5



# NOTICE TO CLERK

### REQUIREMENTS FOR COMPLETING SERVICE BY CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

THOMAS E. REYNOLDS TRUSTEE V. BEHRMAN CAPITAL IV L.P. ET AL

01-CV-2018-900889.00

To:  CLERK BIRMINGHAM
     clerk.birmingham@alacourt.gov

TOTAL POSTAGE PAID: $194.58

**Parties to be served by Certified Mail - Return Receipt Requested**

BEHRMAN CAPITAL IV L.P.                                    Postage: $8.46
CORPORATION SERVICE COMPA
251 LITTLE FALLS DR.
WILMINGTON, DE 19808

BEHRMAN BROTHERS IV L.L.C.                                 Postage: $8.46
CORPORATION SERVICE COMPA
251 LITTLE FALLS DR.
WILMINGTON, DE 19808

MIDCAP FINANCIAL INVESTMENT, LP                            Postage: $8.46
CORPORATION TRUST COMPANY
1209 ORANGE STREET
WILMINGTON, DE 19801

CORE AMERICAS/GLOBAL HOLDINGS, LP                          Postage: $8.46
CORPORATION TRUST COMPANY
1209 ORANGE STREET
WILMINGTON, DE 19801

CS STRATEGIC PARTNERS IV INVESTMENTS, LP                   Postage: $8.46
11 MADISON AVE
16TH FLOOR
NEW YORK, NY 10010

GLOBAL FUND PARTNERS II, LP                                Postage: $8.46
CORPORATION TRUST COMPANY
1209 ORANGE STREET
WILMINGTON, DE 19801

DOCUMENT 5

| | |
|---|---|
| METLIFE INSURANCE COMPANY OF CONNECTICUT<br>ONE CITY PLACE<br>15TH FLOOR<br>HARTFORD, CT 06103 | Postage: $8.46 |
| PORTFOLIO ADVISORS SECONDARY FUND, L.P.<br>COGENCY GLOBAL, INC.<br>850 NEW BURTON RD STE 201<br>DOVER, DE 19904 | Postage: $8.46 |
| STEPSTONE PRIVATE EQUITY PARTNERS III L.P.<br>CORPORATION TRUST COMPANY<br>1209 ORANGE STREET<br>WILMINGTON, DE 19801 | Postage: $8.46 |
| AMANDA ZEITLIN<br>11 DARBROOK ROAD<br>WESTPORT, CT 06880 | Postage: $8.46 |
| GREG M. BEHRMAN<br>2717 NORTH STREET<br>FAIRFIELD, CT 06824 | Postage: $8.46 |
| GREGORY J. CHIATE<br>18 CIBRIAN DRIVE<br>TIBURON, CA 94920 | Postage: $8.46 |
| GARY DIEBER<br>10 HAWTHORNE AVE<br>PORT WASHINGTON, NY 11050 | Postage: $8.46 |
| THE DOUGLAS E. BEHRMAN TRUST<br>ATTN: TRUSTEE<br>23 FAREWELL LANE<br>GREENWICH, CT 06831 | Postage: $8.46 |
| MARK V. GRIMES<br>5 THOMPSON STREET<br>ANNAPOLIS, MD 21401 | Postage: $8.46 |
| THE KIMBERLY E. BEHRMAN TRUST<br>ATTN: TRUSTEE<br>23 FAREWELL LANE<br>GREENWICH, CT 06831 | Postage: $8.46 |

DOCUMENT 5

SIMON LONERGAN                                        Postage: $8.46
18 GRAMERCY PARK SOUTH
UNIT 6
NEW YORK, NY 10003


WILLIAM MATTES                                        Postage: $8.46
1665 INGLEWOOD AVE
ST. HELENA, CA 94574


MICHAEL RAPPORT                                       Postage: $8.46
29 BONNETT AVE
LARCHMONT, NY 10538


PRADYUT SHAH                                          Postage: $8.46
1333 DIAMOND STREET
SAN FRANCISCO, CA 94131


JEFFREY S. WU                                         Postage: $8.46
210 EAST 15TH STREET
APT 10JK
NEW YORK, NY 10003


75.     BEHRMAN BROTHERS MANAGEMENT CORPORATION        Postage: $8.46
CORPORATION SERVICE COMPA
251 LITTLE FALLS DR.
WILMINGTON, DE 19808


MINTZ LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.     Postage: $8.46
CORPORATION SERVICE COMPA
84 STATE STREET
BOSTON, MA 02109


Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested


Parties to be served by First Class Mail

DOCUMENT 5



## U.S. Postal Service
## CERTIFIED MAIL RECEIPT

**OFFICIAL USE**

7017 2400 0000 4441 7139

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
- [ ] Return Receipt (hardcopy)
- [ ] Return Receipt (electronic)
- [ ] Certified Mail Restricted Delivery
- [ ] Adult Signature Required
- [ ] Adult Signature Restricted Delivery

Postage

Total Postage and Fees

Postmark
Here

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4

---

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X
- [ ] Agent
- [ ] Addressee

B. Received by (Printed Name)     C. Date of Delivery

1. Article Addressed to:
BEHRMAN CAPITAL IV L.P.
CORPORATION SERVICE COMPA
251 LITTLE FALLS DR.
WILMINGTON, DE 19808

D-1

01-CV-2018-900889.00

9590 9402 3461 7275 9050 43

D. Is delivery address different from item 1?  [ ] Yes
   If YES, enter delivery address below:       [ ] No

3. Service Type
- [ ] Adult Signature
- [ ] Adult Signature Restricted Delivery
- [ ] Certified Mail®
- [ ] Certified Mail Restricted Delivery
- [ ] Collect on Delivery
- [ ] Collect on Delivery Restricted Delivery
- [ ] Insured Mail
- [ ] Insured Mail Restricted Delivery (over $500)
- [ ] Priority Mail Express®
- [ ] Registered Mail™
- [ ] Registered Mail Restricted Delivery
- [ ] Return Receipt for Merchandise
- [ ] Signature Confirmation™
- [ ] Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7017 2400 0000 4441 7139

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

DOCUMENT 5





DOCUMENT 5



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**

OFFICIAL USE

7017 2400 0000 4499 0199

MIDCAP FINANCIAL INVESTMENT, LP
CORPORATION TRUST COMPANY
1209 ORANGE STREET
WILMINGTON, DE 19801

s/c
D-3

01-CV-2018-900869.00

9590 9402 3461 7275 9051 35

7017 2400 0000 4499 0199

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

DOCUMENT 5



U.S. Postal Service
CERTIFIED MAIL RECEIPT

OFFICIAL USE

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postmark
Here

Postage

Total Postage and Fees

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

7017 2400 0000 4499 0205



- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

CORE AMERICAS/GLOBAL HOLDINGS, LP
CORPORATION TRUST COMPANY
1209 ORANGE STREET
WILMINGTON, DE 19801

S/C
D-4

01-CV-2018-900889.00

9590 9402 3461 7275 9070 47

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7017 2400 0000 4499 0205

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

DOCUMENT 5





DOCUMENT 5



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**

## OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

7017 2400 0000 4499 0229

---

**SENDER:** COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. GLOBAL FUND PARTNERS II, LP
   CORPORATION TRUST COMPANY
   1209 ORANGE STREET          S/C
   WILMINGTON, DE 19801        D-6

   01-CV-2018-900889.00

   9590 9402 3461 7275 9051 28

2. Article Number (Transfer from service label)
   7017 2400 0000 4499 0229

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                    ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery ☐ Return Receipt for Merchandise
☐ Collect on Delivery                ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

DOCUMENT 5



U.S. Postal Service
CERTIFIED MAIL RECEIPT

OFFICIAL USE

Certified Mail Fee

Extra Services & Fees
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postmark
Here

Postage

Total Postage and Fees

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

7017 2400 0000 4499 0250

---

**Complete items 1, 2, and 3.**
**Print your name and address on the reverse so that we can return the card to you.**
**Attach this card to the back of the mailpiece, or on the front if space permits.**

1. METLIFE INSURANCE COMPANY
   OF CONNECTICUT        S/C
   ONE CITY PLACE        D-7
   18TH FLOOR
   HARTFORD, CT 06103
   01-CV-2018-900889.00

   9590 9402 3461 7275 9051 66

2. Article Number (Transfer from service label)
   7017 2400 0000 4499 0250

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

A. Signature
X          ☐ Agent
           ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

DOCUMENT 5

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**

7017 2400 0000 4499 0267

**OFFICIAL USE**

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage

Total Postage and Fees

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

---

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

1. Article Addressed to:
PORTFOLIO ADVISORS
SECONDARY FUND, L.P.
COGENCY GLOBAL, INC.
850 NEW BURTON RD STE 201
DOVER, DE 19904

S/c
D-8

01-CV-2018-900889.00

9590 9402 3461 7275 9061 59

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7017 2400 0000 4499 0267

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

DOCUMENT 5

U.S. Postal Service
CERTIFIED MAIL RECEIPT

OFFICIAL USE

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $
☐ Return Receipt (electronic)     $          Postmark
☐ Certified Mail Restricted Delivery $          Here
☐ Adult Signature Required        $
☐ Adult Signature Restricted Delivery $

Postage
$
Total Postage and Fees
$
Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4

7017 2400 0000 4499 0274

---

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X                                      ☐ Agent
                                       ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

1. Article Addressed to:

STEPSTONE PRIVATE EQUITY PARTNERS III L.P.
CORPORATION TRUST COMPANY
1209 ORANGE STREET
WILMINGTON, DE 19801

5/6
D-4

01-CV-2018-900669.00

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                    ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery ☐ Return Receipt for Merchandise
☐ Collect on Delivery                ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

9690 9402 3461 7275 9051 42

2. Article Number (Transfer from service label)
7017 2400 0000 4499 0274

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt

DOCUMENT 5



U.S. Postal Service
CERTIFIED MAIL RECEIPT

OFFICIAL USE

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postmark
Here

Postage

Total Postage and Fees

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4

7017 2400 0000 4499 0281

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

1. Article Addressed to:
AMANDA ZEITLIN
11 DARBROOK ROAD
WESTPORT, CT 06880

S/c
D-10

01-CV-2018-900889.00

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

9590 9402 3461 7275 9055 79

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7017 2400 0000 4499 0281

PS Form 3811, July 2015 PSN 7530-02-000-9053       Domestic Return Receipt

DOCUMENT 5



U.S. Postal Service
CERTIFIED MAIL RECEIPT

OFFICIAL USE

1. Article Addressed to:
GREG M. BEHRMAN
2717 NORTH STREET
FAIRFIELD, CT 06824

S/C
D-11

01-CV-2018-900889.00

9590 9402 3461 7275 9065 31

2. Article Number (Transfer from service label)
7017 2400 0000 4499 0380

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

DOCUMENT 5



OFFICIAL USE

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**

7017 2400 0000 4499 0397

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

GREGORY J. CHIATE
18 CIBRIAN DRIVE
TIBURON, CA 94920

S/c
D-12

01-CV-2018-900889.00

9590 9402 3461 7275 9055 24

2. Article Number (Transfer from service label)
7017 2400 0000 4499 0397

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                      ☐ Agent
                                       ☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

DOCUMENT 5



U.S. Postal Service
CERTIFIED MAIL RECEIPT

OFFICIAL USE

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postmark
Here

Postage

Total Postage and Fees

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

7017 2400 0000 4499 0403

---

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

1. Article Addressed to:

GARY DIEBER
10 HAWTHORNE AVE
PORT WASHINGTON, NY 11050

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

01-CV-2018-900889.00

9590 9402 3461 7275 9055 17

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

7017 2400 0000 4499 0403

PS Form 3811, July 2015 PSN 7530-02-000-9053       Domestic Return Receipt

DOCUMENT 5



U.S. Postal Service
CERTIFIED MAIL RECEIPT

OFFICIAL USE

7017 2400 0000 4499 0410

Postmark
Here

---

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

1. THE DOUGLAS E. BEHRMAN TRUST
   ATTN: TRUSTEE
   23 FAREWELL LANE
   GREENWICH, CT 06831

   01-CV-2018-900889.00

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

S/C
D-14

9590 9402 3461 7275 9055 00

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                     ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery  ☐ Return Receipt for Merchandise
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation™
☐ Insured Mail                        ☐ Signature Confirmation Restricted Delivery
☐ Insured Mail Restricted Delivery (over $500)

4. Article Number (Transfer from service label)
7017 2400 0000 4499 0410

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

DOCUMENT 5



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**

# OFFICIAL USE

7017 2400 0000 4444 0427

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postmark
Here

Postage

Total Postage and Fees

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

---

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MARK V. GRIMES
5 THOMPSON STREET
ANNAPOLIS, MD 21401

S/C
D/S

01-CV-2018-900889.00

9590 9402 3461 7275 9054 94

2. Article Number (Transfer from service label)
7017 2400 0000 4444 0427

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

DOCUMENT 5





- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

THE KIMBERLY E. BEHRMAN TRUST
ATTN: TRUSTEE
23 FAREWELL LANE
GREENWICH, CT 06831

STC
D-16

01-CV-2018-900689.00

9590 9402 3461 7275 9054 87

2. Article Number (Transfer from service label)
7017 2400 0000 4499 0434

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

DOCUMENT 5



U.S. Postal Service
CERTIFIED MAIL RECEIPT

OFFICIAL USE

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $
Postage

Total Postage and Fees

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4

Postmark
Here

7017 2400 0000 4499 0441

---

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

SIMON LONERGAN
18 GRAMERCY PARK SOUTH
UNIT 6
NEW YORK, NY 10003

01-CV-2018-900889.00

9590 9402 3461 7275 9054 70

2. Article Number (Transfer from service label)
7017 2400 0000 4499 0441

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
  Delivery
☐ Return Receipt for
  Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation
  Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053       Domestic Return Receipt

DOCUMENT 5



U.S. Postal Service
CERTIFIED MAIL RECEIPT

**OFFICIAL USE**

7017 2400 0000 4499 0458

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postage

Total Postage and Fees

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

Postmark
Here

---

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

WILLIAM MATTES
1665 INGLEWOOD AVE
ST. HELENA, CA 94574

*SK D-18*

01-CV-2018-900889.00

9590 9402 3461 7275 9054 63

2. Article Number (Transfer from service label)
7017 2400 0000 4499 0458

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

DOCUMENT 5



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**

# OFFICIAL USE

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postage

Total Postage and Fees

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4

7017 2400 0000 4499 0465

Postmark
Here

---

- ☐ Complete items 1, 2, and 3.
- ☐ Print your name and address on the reverse so that we can return the card to you.
- ☐ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**MICHAEL RAPPORT**
**29 BONNETT AVE**
**LARCHMONT, NY 10538**

SC
D-A

01-CV-2018-900889.00

9590 9402 3461 7275 9054 56

2. Article Number (Transfer from service label)

7017 2400 0000 4499 0465

A. Signature
X                          ☐ Agent
                           ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

DOCUMENT 3



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**

7017 2400 0000 4499 0472

**OFFICIAL USE**

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postage

Total Postage and Fees

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

---

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
☐ Agent
X                                    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

1. Article Addressed to:
PRADYUT SHAH
1333 DIAMOND STREET
SAN FRANCISCO, CA 94131

01-CV-2018-900869.00

9590 9402 3461 7275 9054 49

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7017 2400 0000 4499 0472

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

DOCUMENT 3



U.S. Postal Service
CERTIFIED MAIL RECEIPT

OFFICIAL USE

7017 2400 0000 4499 0489

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
JEFFREY S. WU
210 EAST 15TH STREET
APT 10.K
NEW YORK, NY 10003

5/c
D-27

01-CV-2016-900889.00

9590 9402 3461 7275 9054 32

2. Article Number (Transfer from service label)
7017 2400 0000 4499 0489

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

DOCUMENT 3



DOCUMENT 5



DOCUMENT 6

| State of Alabama<br>Unified Judicial System<br><br>Form C-34     Rev. 4/2017 | **SUMMONS**<br>**-CIVIL-** | **Court Case Number**<br><br>01-CV-2018-900889.00 |
|---|---|---|

IN THE ___CIRCUIT___ COURT OF ___JEFFERSON___ COUNTY, ALABAMA
 *(Circuit, District, or Juvenile)*      *(Name of County)*

Thomas E. Reynolds as Trustee     v.     Behrman Capital IV LP, et al.

_____          _____
      *[Name(s) of Plaintiff(s)]*                *[Name(s) of Defendant(s)]*

**NOTICE TO:** AXA Primary Fund America IV, LP, 50 Lothian Road, Festival Square, Edinburgh EH3 9WJ
                                                *(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), ___Bill D. Bensinger___, WHOSE
                                               *[Name(s) of Attorney(s)]*
ADDRESS(ES) IS/ARE: Christian & Small LLP, 505 20th Street North, Suite 1800
                       Birmingham, Alabama 35203
                                  *[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN ___30___ DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

---

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
                                                         *[Name(s)]*
pursuant to the Alabama Rules of Civil Procedure.

___MAR 1 2 2018___       *Anne Marie Adams* By: _____
    *(Date)*                  *(Signature of Clerk)*            *(Name)*

---

☑ Certified Mail is hereby requested.

                             *(Plaintiff's/Attorney's Signature)*

FILED IN OFFICE
CIRCUIT CIVIL DIVISION

MAR 0 6 2018

ANNE-MARIE ADAMS
CLERK

---

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____
                                                     *(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
_____ in _____ County,
    *(Name of Person Served)*                          *(Name of County)*
Alabama on _____.
                *(Date)*

_____ _____ _____
*(Type of Process Server)*      *(Server's Signature)*       *(Address of Server)*

                 _____ _____
                 *(Server's Printed Name)*       *(Phone Number of Server)*

DOCUMENT 6



AXA PRIMARY FUND AMERICA IV, LP
50 LOTHIAN ROAD, FESTIVAL SQUARE
EDINBURGH, EH3 9WJ

CV-2018-900 839 D.24

DOCUMENT 6

| State of Alabama<br>Unified Judicial System<br><br>Form C-34        Rev. 4/2017 | SUMMONS<br>-CIVIL- | Court Case Number<br><br>01-CV-2018-900889.00 |
|---|---|---|

**IN THE** _CIRCUIT_ **COURT OF** _JEFFERSON_ **COUNTY, ALABAMA**
(Circuit, District, or Juvenile)                    (Name of County)

Thomas E. Reynolds as Trustee              v.    Behrman Capital IV LP, et al.

_[Name(s) of Plaintiff(s)]_                            _[Name(s) of Defendant(s)]_

**NOTICE TO:** AXA Private Capital I, LP, 50 Lothian Road, Festival Square, Edinburgh EH3 9WJ
                        (Name and Address of Defendant)

THE COMPLAINT  OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU
MUST TAKE IMMEDIATE  ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO
FILE THE ORIGINAL OF  YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN
THE COMPLAINT OR OTHER DOCUMENT, WITH  THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER
MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S)
OF THE PLAINTIFF(S),                                Bill D. Bensinger                                , WHOSE
                                            _[Name(s) of Attorney(s)]_
ADDRESS(ES) IS/ARE: Christian & Small LLP, 505 20th Street North, Suite 1800
                              Birmingham, Alabama 35203                                                        .
                                    _[Address(es) of Plaintiff(s) or Attorney(s)]_

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN ___30___ DAYS AFTER THIS SUMMONS AND
COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE
RENDERED AGAINST YOU FOR  THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER
DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL
PROCEDURE TO SERVE PROCESS:**

☐  You are hereby commanded to serve this Summons and a copy of the Complaint or other document in
this action upon the above-named Defendant.

☐  Service by certified mail of this Summons is initiated upon the written request of _____
                                                                                                    _[Name(s)]_
pursuant to the Alabama Rules of Civil Procedure.    _Anne-Marie Adams_    By: _____
_MAR 1 2 2018_                                      _(Signature of Clerk)_              _(Name)_
_(Date)_

☑  Certified Mail is hereby requested.            _____
                                                  _(Plaintiff's/Attorney's Signature)_

FILED IN OFFICE
CIRCUIT CIVIL DIVISION
MAR 06 2018
ANNE-MARIE ADAMS
CLERK

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on_____
                                                                        _(Date)_
☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____County,
            _(Name of Person Served)_                    _(Name of County)_
Alabama on_____.
                    _(Date)_

| _(Type of Process Server)_ | _(Server's Signature)_ | _(Address of Server)_ |
|---|---|---|
| | _(Server's Printed Name)_ | _(Phone Number of Server)_ |

DOCUMENT 6



AXA PRIVATE CAPITAL I, LP
50 LOTHIAN ROAD, FESTIVAL SQUARE
EDINBURG, EH3 9WJ

DOCUMENT 6

| State of Alabama<br>Unified Judicial System<br><br>Form C-34      Rev. 4/2017 | **SUMMONS**<br>**-CIVIL-** | **Court Case Number**<br><br>01-CV-2018-900889.00 |
|---|---|---|

IN THE ___CIRCUIT___ COURT OF ___JEFFERSON___ COUNTY, ALABAMA
_(Circuit, District, or Juvenile)_          _(Name of County)_

Thomas E. Reynolds as Trustee _____ v.  Behrman Capital IV LP, et al. _____

_____          _____
_(Name(s) of Plaintiff(s))_          _(Name(s) of Defendant(s))_

NOTICE TO:  Varma Mutual Pension Insurance Company, Annankatu 18, P. O. Box 4, Helsinki, Finland
_____
_(Name and Address of Defendant)_

THE COMPLAINT  OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE  ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF  YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH  THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR  YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), _____Bill D. Bensinger_____, WHOSE
_(Name(s) of Attorney(s))_
ADDRESS(ES) IS/ARE:  Christian & Small LLP, 505 20th Street North, Suite 1800
_____Birmingham, Alabama 35203_____
_(Address(es) of Plaintiff(s) or Attorney(s))_

THIS  ANSWER  MUST  BE  MAILED  OR  DELIVERED  WITHIN __30__ DAYS  AFTER  THIS  SUMMONS  AND COMPLAINT  OR  OTHER  DOCUMENT  WERE  SERVED  ON  YOU  OR  A  JUDGMENT  BY  DEFAULT  MAY  BE RENDERED AGAINST YOU FOR  THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
_(Name(s))_
pursuant to the Alabama Rules of Civil Procedure. _[signature]_ ____ By: _____
_____MAR 1 2 2018_____ ____ _(Signature of Clerk)_      _(Name)_
_(Date)_

☑ Certified Mail is hereby requested.          _____
_(Plaintiff's/Attorney's Signature)_

FILED IN OFFICE
CIRCUIT CIVIL DIVISION
MAR 06 2018
ANNE-MARIE ADAMS
CLERK

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____
_(Date)_

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to ____
_____ in _____ County,
_(Name of Person Served)_          _(Name of County)_
Alabama on_____.
_(Date)_

_____  _____  _____
_(Type of Process Server)_  _(Server's Signature)_  _(Address of Server)_

_____
_(Server's Printed Name)_

_____
_(Phone Number of Server)_

DOCUMENT 6

| Item Description<br>(Nature de l'envoi) | ☒ Registered Article<br>(Envoi recommandé) | ☐ Insured Parcel<br>(Colis avec valeur déclarée) | |
|---|---|---|---|
| Article Number (Numéro d'envoi)<br>RA183790134 US | Insured Value (Valeur déclarée) | |
| Office of Mailing (Bureau de dépôt) | | Date of Posting (Date de dépôt) |

Addressee Article (Nom ou raison sociale du destinataire)

VARMA MUTUAL PENSION INS. CO.
ANNANKATU 18, P.O. BOX 4
HELSINKI, FINLAND

CV Case - 900889 D-3)

PS Form 2865, July 2013 (Reverse)  PSN 7690-01-000-8775                    United States Postal Service

DOCUMENT 6

| State of Alabama<br>Unified Judicial System<br><br>Form C-34        Rev. 4/2017 | **SUMMONS**<br>**-CIVIL-** | Court Case Number<br><br>01-CV-2018-900889.00 |
|---|---|---|

IN THE ___CIRCUIT___ **COURT OF** ___JEFFERSON___ **COUNTY, ALABAMA**
<br><span style="font-size:small">(Circuit, District, or Juvenile)</span>               <span style="font-size:small">(Name of County)</span>

Thomas E. Reynolds as Trustee _____ v. Behrman Capital IV LP, et al. _____
<br><span style="font-size:small">(Name(s) of Plaintiff(s))</span>               <span style="font-size:small">(Name(s) of Defendant(s))</span>

Stepstone Private Equity Partners III Cayman Holdings LP, Maples Corporate
**NOTICE TO:** Services Limited, P. O. Box 309, Ugland House, South Church Street, Cayman Islands
<br>_____<span style="font-size:small">(Name and Address of Defendant)</span>_____

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), _____ Bill D. Bensinger _____, WHOSE
<br>_____<span style="font-size:small">(Name(s) of Attorney(s))</span>_____
<br>ADDRESS(ES) IS/ARE: Christian & Small LLP, 505 20th Street North, Suite 1800
<br>_____ Birmingham, Alabama 35203 _____
<br>_____<span style="font-size:small">(Address(es) of Plaintiff(s) or Attorney(s))</span>_____

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN ___30___ DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

---

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

[ ]  You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

[ ]  Service by certified mail of this Summons is initiated upon the written request of _____
<br>_____<span style="font-size:small">[Name(s)]</span>
<br>pursuant to the Alabama Rules of Civil Procedure. *Anne Marie Adams* ___By: _____
<br>___MAR 1 2 2018___
<br><span style="font-size:small">(Date)</span>               <span style="font-size:small">(Signature of Clerk)</span>               <span style="font-size:small">(Name)</span>

[✓]  Certified Mail is hereby requested.           _____
<br>                                    <span style="font-size:small">(Plaintiff's/Attorney's Signature)</span>

FILED IN OFFICE
<br>CIRCUIT CIVIL DIVISION
<br>MAR 06 2018
<br>ANNE-MARIE ADAMS
<br>CLERK

---

**RETURN ON SERVICE**

[ ]  Return receipt of certified mail received in this office on _____
<br>                                          <span style="font-size:small">(Date)</span>

[ ]  I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
<br>_____ in _____ County,
<br><span style="font-size:small">(Name of Person Served)</span>        <span style="font-size:small">(Name of County)</span>
<br>Alabama on _____.
<br>        <span style="font-size:small">(Date)</span>

_____  _____  _____
<br><span style="font-size:small">(Type of Process Server)</span>  <span style="font-size:small">(Server's Signature)</span>  <span style="font-size:small">(Address of Server)</span>

_____  _____
<br>        <span style="font-size:small">(Server's Printed Name)</span>  <span style="font-size:small">(Phone Number of Server)</span>

DOCUMENT 6

| Item Description (Nature de l'envoi) | Registered Article (Envoi recommandé) X | Insured Parcel (Colis avec valeur déclarée) ☐ |
|---|---|---|

Completed by the office of origin (A remplir par le bureau d'origine)

**Article Number (Numéro d'article)** | **Insured Value (Valeur déclarée)**

RA 183 790 148 US

**Office of Mailing (Bureau de dépôt)** | **Date of Posting (Date de dépôt)**

STEPSTONE PRIVATE EQUITY PARTNERS,  ...su raison sociale du destinataire)
CAYMAN HOLDINGS LP.                    S/C
MAPLES CORP. SVCS LTD.
P.O. BOX 309                           CV-2018 900889-D-29
UGLAND HOUSE, SO. CHURCH ST.
CAYMAN ISLANDS

Completed at destination (A compléter à destination)

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if these regulations so permit, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination. Et renvoyé par la premier courrier directement à l'expéditeur.)

**Portrait of the office of destination. (Timbre du bureau de destination)**

**Office of Destination Employee Signature (Signature de l'agent du bureau de destination)** | **Date**

**Signature of Addressee (Signature du destinataire)**

PS Form 2865, July 2013 (Reverse) PSN 7530-01-000-9775                    UNITED STATES POSTAL SERVICE®

DOCUMENT 6

| State of Alabama<br>Unified Judicial System<br><br>Form C-34        Rev. 4/2017 | **SUMMONS**<br>**-CIVIL-** | **Court Case Number**<br><br>01-CV-2018-900889.00 |
|---|---|---|

**IN THE** ___CIRCUIT___ **COURT OF** ___JEFFERSON___ **COUNTY, ALABAMA**
<br>_(Circuit, District, or Juvenile)_      _(Name of County)_

Thomas E. Reynolds as Trustee     v.     Behrman Capital IV LP, et al.

_[Name(s) of Plaintiff(s)]_            _[Name(s) of Defendant(s)]_

**NOTICE TO:** PE Holding USD Gmbh, Sitz der Gesellschaft, Arnoldiplatz 1, 50969 Koln<br>Amtsgericht Koln, HRB 62211

_(Name and Address of Defendant)_

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), ___Bill D. Bensinger___, WHOSE

_(Name(s) of Attorney(s))_

ADDRESS(ES) IS/ARE: ___Christian & Small LLP, 505 20th Street North, Suite 1800___<br>___Birmingham, Alabama 35203___.

_(Address(es) of Plaintiff(s) or Attorney(s))_

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN ___30___ DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

---

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____<br>_[Name(s)]_

pursuant to the Alabama Rules of Civil Procedure. _Anne Marie Adams_ By: _____
<br>**MAR 1 2 2018**      _(Signature of Clerk)_      _(Name)_
<br>_(Date)_

☑ Certified Mail is hereby requested. _____<br>             _(Plaintiff's/Attorney's Signature)_

---

**RETURN ON SERVICE**

FILED IN OFFICE<br>CIRCUIT CIVIL DIVISION<br><br>MAR 06 2018<br><br>ANNE-MARIE ADAMS<br>CLERK

☐ Return receipt of certified mail received in this office on _____<br>                                        _(Date)_

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to

_____ in _____ County,

_(Name of Person Served)_      _(Name of County)_

Alabama on _____.

          _(Date)_

_____    _____    _____

_(Type of Process Server)_    _(Server's Signature)_    _(Address of Server)_

              _____    _____

              _(Server's Printed Name)_    _(Phone Number of Server)_

DOCUMENT 6

| Item Description (Nature de l'envoi) | ☒ Registered Article (Envol recommandé) | ☐ Insured Parcel (Colis avec valeur déclarée) |
|---|---|---|

**Article Number (Numéro d'article)**
RA 183 790 151 US

**Insured Value (Valeur déclarée)**

**Office of Mailing (Bureau de dépôt)**

**Date of Posting (Date de dépôt)**

ou raison sociale du destinataire)

PE HOLDING USD GMBH,
SITZ der GESELLSCHAFT,
ARNOLDIPLATZ 1
50969 KOLN AMTSGERICHT
KOLN, HRB62211

*sfc*

CV-2018-900889 D-28

This model must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if these regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur.

**Postmark of the office of destination (Timbre du bureau de destination)**

**Office of Destination Employee Signature (Signature de l'agent du bureau de destination)**

**Date**

**Signature of Addressee (Signature du destinataire)**

PS Form 2865, July 2013 (Reverse)  PSN 7530-01-000-9775

United States Postal Service®

DOCUMENT 6

| State of Alabama<br>Unified Judicial System<br><br>Form C-34      Rev. 4/2017 | **SUMMONS**<br>**-CIVIL-** | Court Case Number<br><br>01-CV-2018-900889.00 |
|---|---|---|

IN THE ___ CIRCUIT ___ COURT OF ___ JEFFERSON ___ COUNTY, ALABAMA
*(Circuit, District, or Juvenile)*     *(Name of County)*

Thomas E. Reynolds as Trustee    v.    Behrman Capital IV LP, et al.

*(Name(s) of Plaintiff(s))*     *(Name(s) of Defendant(s))*

**NOTICE TO:** ASF III Bluenote Limited, Axtec Financial Services (Jersey) Limited, 11-15, Seaton Place, St. Helier JE4 0QH, United Kingdom

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), ___ Bill D. Bensinger ___, WHOSE

*(Name(s) of Attorney(s))*

ADDRESS(ES) IS/ARE: Christian & Small LLP, 505 20th Street North, Suite 1800
Birmingham, Alabama 35203

*(Address(es) of Plaintiff(s) or Attorney(s))*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN ___30___ DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of ___ *[Name(s)]*
pursuant to the Alabama Rules of Civil Procedure.

MAR 1 2 2018 ___ *(Signature of Clerk)* By: ___ *(Name)*
*(Date)*

☑ Certified Mail is hereby requested.    *(Plaintiff's/Attorney's Signature)*

FILED IN OFFICE
CIRCUIT CIVIL DIVISION
MAR 06 2018
ANNE-MARIE ADAMS CLERK

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on ___ *(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to ___
___ in ___ County,
*(Name of Person Served)*    *(Name of County)*
Alabama on ___ .
*(Date)*

___ ___ ___
*(Type of Process Server)*   *(Server's Signature)*   *(Address of Server)*

___ ___
*(Server's Printed Name)*   *(Phone Number of Server)*

DOCUMENT 6

| Item Description (Nature de l'envoi) | Registered Article (Envoi recommandé) | Insured Parcel (Colis avec valeur déclarée) |
|---|---|---|

Article Number (Numéro d'article): RA 183790182US

Insured Value (Valeur déclarée)

Office of Mailing (Bureau de dépôt)

Date of Posting (Date de dépôt)

...u raison sociale du destinataire)

ASF III BLUENOTE LTD.
AXTEC FINANCIAL SVCS (JERSEY) LTD.
11-15 SEATON PLACE
ST. HELIER JE4 0QH
UNITED KINGDOM

S/C

CV-2018 900889 D-32

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if these regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

Ce reçu doit être signé par le destinataire ou par une personne autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, (ce reçu) puis rendu à l'expéditeur directement à l'expéditeur.

Postmark of the office of destination (Timbre du bureau de destination)

| Office of Destination Employee Signature (Signature de l'agent du bureau de destination) | Date |
|---|---|

Signature of Addressee (Signature du destinataire)

PS Form 2865, July 2013 (Reverse)  PSN 7530-01-000-9775

UNITED STATES POSTAL SERVICE

DOCUMENT 6

| State of Alabama<br>Unified Judicial System<br><br>Form C-34          Rev. 4/2017 | **SUMMONS**<br>**-CIVIL-** | **Court Case Number**<br><br>01-CV-2018-900889.00 |
| --- | --- | --- |

IN THE    CIRCUIT          COURT OF          JEFFERSON                    COUNTY, ALABAMA
          *(Circuit, District, or Juvenile)*                    *(Name of County)*

Thomas E. Reynolds as Trustee _____ v.  Behrman Capital IV LP, et al. _____

_____
   *[Name(s) of Plaintiff(s)]*                                  *[Name(s) of Defendant(s)]*
                 Partners Group Global Opportunities Subholding Limited, Tudor House, 2nd Floor, LeBordage,
**NOTICE TO:** St. Peter Port, Guernsey GY1 1BT
_____
                         *(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),          Bill D. Bensinger                                      , WHOSE
                                      *[Name(s) of Attorney(s)]*
ADDRESS(ES) IS/ARE: Christian & Small LLP, 505 20th Street North, Suite 1800
                   Birmingham, Alabama 35203                                      .
                         *[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN ___30___ DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

---

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
                                                                        *[Name(s)]*
pursuant to the Alabama Rules of Civil Procedure. *Anne Marie Adams*

MAR 12 2018 _____                    _____ By: _____
*(Date)*                                        *(Signature of Clerk)*              *(Name)*

---

☑ Certified Mail is hereby requested.          _____
                                              *(Plaintiff's/Attorney's Signature)*

FILED IN OFFICE
CIRCUIT CIVIL DIVISION

MAR 06 2018

ANNE-MARIE ADAMS
CLERK

---

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____
                                                            *(Date)*
☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
        *(Name of Person Served)*                    *(Name of County)*
Alabama on _____ .
              *(Date)*

| _____<br>*(Type of Process Server)* | _____<br>*(Server's Signature)*<br><br>_____<br>*(Server's Printed Name)* | _____<br>*(Address of Server)*<br><br>_____<br>*(Phone Number of Server)* |
| --- | --- | --- |

DOCUMENT 6

| Item Description<br>(Nature de l'envoi) | ☒ Registered Article<br>(Envoi recommandé) | ☐ Insured Parcel<br>(Colis avec valeur déclarée) |
|---|---|---|

Article Number (Numéro d'article)

**RA 183790205US**

Insured Value (Valeur déclarée)

Office of Mailing (Bureau de dépôt)

Date of Posting (Date de dépôt)

Completed by the office of origin.
(A remplir par le bureau d'origine.)

PARTNERS GROUP GLOBAL
OPPORTUNITIES SUBHOLDING LTD.
TUDOR HOUSE, 2ND FL, LE BORDAGE
ST. PETER PORT, GUERNSEY, GY1 1BT

ou raison sociale du destinataire)

3/2

CV 2018-900889 D-27

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier disposable à l'expéditeur.

Postmark of the office of destination (Timbre du bureau de destination)

Office of Destination Employee Signature
(Signature de l'agent du bureau de destination)

Date

Signature of Addressee (Signature du destinataire)

PS Form 2865, July 2013 (Reverse)   PSN 7530-01-000-9775

UNITED STATES POSTAL SERVICE®

DOCUMENT 6

| State of Alabama<br>Unified Judicial System<br><br>Form C-34    Rev. 4/2017 | **SUMMONS**<br>**-CIVIL-** | **Court Case Number**<br><br>01-CV-2018-900889.00 |

**IN THE** ___CIRCUIT___ **COURT OF** ___JEFFERSON___ **COUNTY, ALABAMA**
*(Circuit, District, or Juvenile)*          *(Name of County)*

___Thomas E. Reynolds as Trustee___ v. ___Behrman Capital IV LP, et al.___

*[Name(s) of Plaintiff(s)]*                    *[Name(s) of Defendant(s)]*

Partners Group Direct Investments 2006, LP, Tudor House, 2nd Floor, Le Bordage,
**NOTICE TO:** St. Peter Port, Guernsey GY1 1BT

*(Name and Address of Defendant)*

THE COMPLAINT  OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE  ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF  YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH  THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), ___Bill D. Bensinger___, WHOSE

*[Name(s) of Attorney(s)]*

ADDRESS(ES) IS/ARE: ___Christian & Small LLP, 505 20th Street North, Suite 1800___
___Birmingham, Alabama 35203___

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN ___30___ DAYS  AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR  THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

---

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
_____                                    *[Name(s)]*
pursuant to the Alabama Rules of Civil Procedure. *(signature)* ___By:___ _____
**MAR 1 2 2018**                                                                         *(Name)*
*(Date)*                                        *(Signature of Clerk)*

---

☑ Certified Mail is hereby requested.

_____
*(Plaintiff's/Attorney's Signature)*

FILED IN OFFICE
CIRCUIT CIVIL DIVISION

**MAR 0 6 2018**

ANNE-MARIE ADAMS
CLERK

---

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____
                                                                                    *(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
_____ in _____County,
*(Name of Person Served)*                          *(Name of County)*
Alabama on_____ .
                        *(Date)*

---

_____    _____    _____
*(Type of Process Server)*      *(Server's Signature)*           *(Address of Server)*

                            _____    _____
                            *(Server's Printed Name)*         *(Phone Number of Server)*

DOCUMENT 6

| Item Description *(Nature de l'envoi)* | ☒ Registered Article *(Envoi recommandé)* | | ☐ Insured Parcel *(Colis avec valeur déclarée)* |
|---|---|---|---|
| Article Number *(Numéro d'article)* KA 183 790 219 US | | Insured Value *(Valeur déclarée)* | |
| Office of Mailing *(Bureau de dépôt)* | | Date of Posting *(Date de dépôt)* | |

Nom ou raison sociale du destinataire)

PARTNERS GROUP DIRECT
INVESTMENTS 2006, LP.
TUDOR HOUSE, 2ND FL LE BORDAGE
ST. PETER PORT, GUERNSEY GY1 1BT

s/c

CV-2018-900989-D-26

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if these regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur.

| Office of Destination Employee Signature *(Signature de l'agent du bureau de destination)* | | Date |
|---|---|---|
| Signature of Addressee *(Signature du destinataire)* | | |

PS Form 2865, July 2013 *(Reverse)*  PSN 7530-01-000-9775

UNITED STATES POSTAL SERVICE®

| State of Alabama<br>Unified Judicial System<br><br>Form C-34      Rev. 4/2017 | **SUMMONS<br>-CIVIL-** | Court Case Number<br><br>01-CV-2018-900889.00 |
|---|---|---|

IN THE ___CIRCUIT___ COURT OF ___JEFFERSON___ COUNTY, ALABAMA
*(Circuit, District, or Juvenile)*      *(Name of County)*

Thomas E. Reynolds as Trustee _____ v. ___Berhman Capital IV LP, et al.___

*(Name(s) of Plaintiff(s))*      *(Name(s) of Defendant(s))*

**NOTICE TO:** The Governor and Company of the Bank of Ireland, 40 Mespil Road, Dublin Ireland
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), _____Bill D. Bensiner_____, WHOSE
*(Name(s) of Attorney(s))*

ADDRESS(ES) IS/ARE: Christian & Small LLP, 505 20th Street North, Suite 1800
Birmingham, AL 35203
*(Address(es) of Plaintiff(s) or Attorney(s))*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN___30___DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of _____ *[Name(s)]*
pursuant to the Alabama Rules of Civil Procedure. _____Anne Marie Adams_____ By: _____
MAR 1 3 2018 *(Date)*      *(Signature of Clerk)*      *(Name)*

☐ Certified Mail is hereby requested. _____
*(Plaintiff's/Attorney's Signature)*

FILED IN OFFICE
CIRCUIT CIVIL DIVISION
MAR 1 3 2018
ANNE-MARIE ADAMS
CLERK

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on_____ *(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
_____ in _____County,
*(Name of Person Served)*      *(Name of County)*
Alabama on_____.
*(Date)*

_____ *(Type of Process Server)*      *(Server's Signature)*      *(Address of Server)*
_____ *(Server's Printed Name)*      *(Phone Number of Server)*

DOCUMENT 6

| Item Description<br>(Nature de l'envoi) | ☒ Registered Article<br>(Envoi recommandé) | | ☐ Insured Parcel  ¹<br>(Colis avec valeur déclarée) | |
|---|---|---|---|---|
| Article Number (Numéro d'article)<br>RA 183790 191 US | | Insured Value (Valeur déclarée) | | |

*Compiled by the office of origin.*
*(A remplir par le bureau d'origine.)*

| Office of Mailing (Bureau de dépôt) | | Date of Posting (Date de dépôt) |
|---|---|---|
| The Governor and Company of the<br>Bank of Ireland<br>40 Mespil Road<br>Dublin, Ireland | ...u raison sociale du destinataire)<br>S/c<br><br>CV-2018-900889-D-3D | |

*Completed at destination.*
*(A compléter à destination.)*

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

*(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur.)*

| Office of Destination Employee Signature<br>(Signature de l'agent du bureau du destination) | | Date |
|---|---|---|
| Signature of Addressee (Signature du destinataire) | | |

Postmark of the office of
destination (Timbre du
bureau de destination)

PS Form 2865, July 2013 (Reverse)  PSN 7530-01-000-9775

UNITED STATES POSTAL SERVICE®

DOCUMENT 7

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. 75.   BEHRMAN BROTHERS
   MANAGEMENT CORPORATION
   CORPORATION SERVICE COMPA
   251 LITTLE FALLS DR.
   WILMINGTON, DE 19808

01-CV-2018-900889.00



9590 9402 3461 7275 9054 25

2. Article Number (Transfer from service label)

7017 2400 0000 4499 0496

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *William Lolley*
☐ Agent
☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

DOCUMENT 7



USPS TRACKING #

9590 9402 3461 7275 9054 25

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

FILED IN OFFICE
CIRCUIT CIVIL DIVISION

MAR 1 9 2018

ANNE-MARIE ADAMS
CLERK

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF CO COURTHOUSE
716 RICHARD ARRINGTON JR BLVD., NO.
BIRMINGHAM, ALABAMA 35203

DOCUMENT 9

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. BEHRMAN BROTHERS IV L.L.C.

   CORPORATION SERVICE COMPA

   251 LITTLE FALLS DR.

   WILMINGTON, DE 19808

   S/C
   D-2

   01-CV-2018-900889.00



9590 9402 3461 7275 9050 29

2. Article Number (Transfer from service label)

   7017 2400 0000 4499 0137

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _William Lolley_     ☐ Agent
                       ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

DOCUMENT 9

USPS TRACKING #



9590 9402 3461 7275 9050 29

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

FILED IN OFFICE
CIVIL DIVISION

MAR 19 2018

ANNE-MARIE ADAMS
CLERK

• Sender: Please print your name, address, and ZIP+4® in this box•

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF CO COURTHOUSE
716 RICHARD ARRINGTON JR BLVD., NO.
BIRMINGHAM, ALABAMA 35203

DOCUMENT 11

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BEHRMAN CAPITAL IV L.P.

CORPORATION SERVICE COMPA

251 LITTLE FALLS DR.

WILMINGTON, DE 19808

D-1

01-CV-2018-900889.00

9590 9402 3461 7275 9050 43

2. Article Number (Transfer from service label)

7017 2400 0000 4441 7139

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _William Kelley_

☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

DOCUMENT 11



USPS TRACKING #

9590 9402 3461 7275 9050 43

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10



United States Postal Service

FILED IN OFFICE
10TH CIRCUIT CIVIL DIVISION

MAR 19 2018

ANNE-MARIE ADAMS
CLERK

• Sender: Please print your name, address, and ZIP+4® in this box•

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF CO COURTHOUSE
716 RICHARD ARRINGTON JR BLVD., NO.
BIRMINGHAM, ALABAMA 35203

DOCUMENT 13

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. THE DOUGLAS E. BEHRMAN TRUST

   ATTN: TRUSTEE

   23 FAREWELL LANE

   GREENWICH, CT 06831

   S/C
   D-14

   01-CV-2018-900889.00

   

   9590 9402 3461 7275 9055 00

2. Article Number (Transfer from service label)

   7017 2400 0000 4499 0410

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X R. Sill

☑ Agent
☐ Addressee

B. Received by (Printed Name)

R. Hill

C. Date of Delivery

03/15

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

DOCUMENT 13



USPS TRACKING # SER

9590 9402 3461 7275 9055 00



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

FILED IN OFFICE
CIRCUIT CIVIL DIVISION

MAR 19 2018

ANNE-MARIE ADAMS
CLERK

" Sender: Please print your name, address, and ZIP+4® in this box®

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF CO COURTHOUSE
716 RICHARD ARRINGTON JR BLVD., NO.
BIRMINGHAM, ALABAMA 35203

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. THE KIMBERLY E. BEHRMAN TRUST

   ATTN: TRUSTEE          S/C

   23 FAREWELL LANE       D-16

   GREENWICH, CT 06831

   01-CV-2018-900889.00



   9590 9402 3461 7275 9054 87

2. Article Number (Transfer from service label)

   7017 2400 0000 4499 0434

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☑ Agent ☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

   R. Jill                             03/N

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

DOCUMENT 15



USPS TRACKING #

9590 9402 3461 7275 9054 87

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

Sender: Please print your name, address, and ZIP+4® in this box®

FILED IN OFFICE
CIRCUIT CIVIL DIVISION

MAR 1 9 2018

ANNE-MARIE ADAMS
CLERK

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF CO COURTHOUSE
716 RICHARD ARRINGTON JR BLVD., NO.
BIRMINGHAM, ALABAMA 35203

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br><br>X _____ ☐ Agent ☐ Addressee<br><br>B. Received by (Printed Name) \| C. Date of Delivery |
| 1. Article Addressed to:<br><br>PRADYUT SHAH<br><br>1333 DIAMOND STREET<br>SAN FRANCISCO, CA 94131<br><br>01-CV-2018-900889.00 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No |



9590 9402 3461 7275 9054 49

| 3. Service Type | |
|---|---|
| ☐ Adult Signature | ☐ Priority Mail Express® |
| ☐ Adult Signature Restricted Delivery | ☐ Registered Mail™ |
| ☑ Certified Mail® | ☐ Registered Mail Restricted Delivery |
| ☐ Certified Mail Restricted Delivery | ☑ Return Receipt for Merchandise |
| ☐ Collect on Delivery | |
| ☐ Collect on Delivery Restricted Delivery | ☐ Signature Confirmation™ |
| ☐ Insured Mail | ☐ Signature Confirmation Restricted Delivery |
| ☐ Insured Mail Restricted Delivery (over $500) | |

2. Article Number (Transfer from service label)

7017 2400 0000 4499 0472

PS Form 3811, July 2015 PSN 7530-02-000-9053                    Domestic Return Receipt

DOCUMENT 17

USPS TRACKING #



9590 9402 3461 7275 9054 49

United States
Postal Service

FILED IN OFFICE
CIRCUIT CIVIL DIVISION
MAR 1 9 2018
ANNE-MARIE ADAMS
CLERK

• Sender: Please print your name, address, and ZIP+4® in this box•

ANNE-MARIE ADAMS, CLERK
ROOM/ 400 JEFF CO COURTHOUSE
716 RICHARD ARRINGTON JR BLVD., NO.
BIRMINGHAM, ALABAMA 35203

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

1. Article Addressed to:

JEFFREY S. WU

210 EAST 15TH STREET
APT 10JK

NEW YORK, NY 10003

S/c
D-21

01-CV-2018-900889.00

9590 9402 3461 7275 9054 32

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                              ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

3/15

D. Is delivery address different from item 1?  ☑ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
   Delivery
☑ Return Receipt for
   Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation
   Restricted Delivery

2. Article Number (Transfer from service label)


7017 2400 0000 4499 0489

PS Form 3811, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt

DOCUMENT 19



USPS TRACKING #

NEW YORK

PN 19 L

9590 9402 3461 7275 9054 32

| | | | | | | |

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

* Sender: Please print your name, address, and ZIP+4® in this box*

FILED IN OFFICE
CIRCUIT CIVIL DIVISION

MAR 19 2018

ANNE-MARIE ADAMS
CLERK

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF CO COURTHOUSE
716 RICHARD ARRINGTON JR BLVD., NO.
BIRMINGHAM, ALABAMA 35203

010100

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. A PORTFOLIO ADVISORS

SECONDARY FUND, L.P.

COGENCY GLOBAL, INC.

850 NEW BURTON RD STE 201

DOVER, DE 19904

01-CV-2018-900889.00



9590 9402 3461 7275 9051 59

2. Article Number *(Transfer from service label)*

7017 2400 0000 4499 0267

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☑ Agent
                    ☐ Addressee

B. Received by *(Printed Name)*          C. Date of Delivery

3/16/18

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053            Domestic Return Receipt

**USPS TRACKING #**

9590 9402 3461 7275 9051 59

**First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10**



United States
Postal Service

MAR 22 2018

ANNE-MARIE ADAMS
CLERK

Sender: Please print your name, address, and ZIP+4® in this box

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF CO COURTHOUSE
716 RICHARD ARRINGTON JR BLVD., NO.
BIRMINGHAM, ALABAMA 35203

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

SENDER: COMPLETE THIS SECTION

■ Complete Items 1, 2, and 3.

■ Print your name and address on the reverse
  so that we can return the card to you.

■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _____  ☐ Agent
                           ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

1. MINTZ LEVIN, COHN, FERRIS,
   GLOVSKY AND POPEO, P.C.
   CORPORATION SERVICE COMPA
   84 STATE STREET
   BOSTON, MA 02109

   S/C
   D-23

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

01-CV-2018-900889.00

9590 9402 3461 7275 9054 18

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

7017 2400 0000 4499 0502

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

DOCUMENT 23



USPS TRACKING #

9590 9402 3461 7275 9054 18

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

FILED IN OFFICE
CIRCUIT CIVIL DIVISION

MAR 2 8 2018

ANNE-MARIE ADAMS
CLERK

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF CO COURTHOUSE
716 RICHARD ARRINGTON JR BLVD., NO.
BIRMINGHAM, ALABAMA 35203

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MARK V. GRIMES

5 THOMPSON STREET

ANNAPOLIS, MD 21401



01-CV-2018-900889.00

9590 9402 3461 7275 9054 94

2. Article Number (Transfer from service label)

7017 2400 0000 4499 0427

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

DOCUMENT 25

USPS TRACKING #

9590 9402 3461 7275 9054 94

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

FILED IN OFFICE
CIRCUIT CIVIL DIVISION

MAR 26 2018

ANNE-MARIE ADAMS
CLERK

ANNE-MARIE ADAMS, CLERK

ROOM 400 JEFF CO COURTHOUSE

716 RICHARD ARRINGTON JR BLVD., NO.

BIRMINGHAM, ALABAMA 35203

DOCUMENT 27

## SENDER: COMPLETE THIS SECTION

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. GLOBAL FUND PARTNERS II, LP

   CORPORATION TRUST COMPANY

   1209 ORANGE STREET

   WILMINGTON, DE 19801

   S/C
   D-C

   01-CV-2018-900889.00

   

   9590 9402 3461 7275 9051 28

2. Article Number (Transfer from service label)

   7017 2400 0000 4499 0229

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X *Amy McLaren*   ☑ Agent
   ☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

   RECEIVED          MAR 19 2018

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☑ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

DOCUMENT 27

USPS TRACKING #





First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 3461 7275 9051 28

United States
Postal Service

Sender: Please print your name, address, and ZIP+4® in this box●

FILED IN OFFICE
CIRCUIT CIVIL DIVISION

MAR 2 7 2018

ANNE-MARIE ADAMS
CLERK

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF CO COURTHOUSE
716 RICHARD ARRINGTON JR BLVD., NO.
BIRMINGHAM, ALABAMA 35203



DOCUMENT 29

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Amy McLaren*
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

ECEIVED     MAR 19 2018

1. CORE AMERICAS/GLOBAL HOLDINGS, LP

CORPORATION TRUST COMPANY

1209 ORANGE STREET

WILMINGTON, DE 19801

S/C
D-4

01-CV-2018-900889.00



9590 9402 3461 7275 9070 47

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:     ☐ No

2. Article Number *(Transfer from service label)*

7017 2400 0000 4499 0205

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt



USPS TRACKING#

9590 9402 3461 7275 9070 47

United States
Postal Service

**FILED IN OFFICE**
**CIRCUIT CIVIL DIVISION**

**MAR 27 2018**

**ANNE-MARIE ADAMS**
**CLERK**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4® in this box®

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF CO COURTHOUSE
716 RICHARD ARRINGTON JR BLVD., NO.
BIRMINGHAM, ALABAMA 35203



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

MIDCAP FINANCIAL INVESTMENT, LP

CORPORATION TRUST COMPANY

1209 ORANGE STREET

WILMINGTON, DE 19801

S/c
D-3

01-CV-2018-900889.00



9590 9402 3461 7275 9051 35

2. Article Number *(Transfer from service label)*

7017 2400 0000 4499 0199

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Amy McLaren*
☐ Agent
☐ Addressee

B. Received by *(Printed Name)* | C. Date of Delivery

RECEIVED MAR 1 9 2018

D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

DOCUMENT 31

USPS TRACKING #



9590 9402 3461 7275 9051 35

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

FILED IN OFFICE
CIRCUIT CIVIL DIVISION

MAR 27 2018

ANNE-MARIE ADAMS
CLERK

• Sender: Please print your name, address, and ZIP+4® In this box•

ANNE-MARIE ADAMS, CLERK

ROOM 400 JEFF CO COURTHOUSE

716 RICHARD ARRINGTON JR BLVD., NO.

BIRMINGHAM, ALABAMA 35203



DOCUMENT 33

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Amy McLaren*  ☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery
RECEIVED  MAR 1 9 2018

D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

STEPSTONE PRIVATE EQUITY PARTNERS III L.P.

CORPORATION TRUST COMPANY

1209 ORANGE STREET

WILMINGTON, DE 19801

S/C
D-9

01-CV-2018-900889.00



9590 9402 3461 7275 9051 42

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

7017 2400 0000 4499 0274

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

USPS TRACKING #



9590 9402 3461 7275 9051 42

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

FILED IN OFFICE
CIRCUIT CIVIL DIVISION
MAR 27 2018
ANNE-MARIE ADAMS
CLERK

• Sender: Please print your name, address, and ZIP+4® in this box•

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF CO COURTHOUSE
716 RICHARD ARRINGTON JR BLVD., NO.
BIRMINGHAM, ALABAMA 35203

