FILED

2020 Jul-28  AM 08:57
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **THOMAS E. REYNOLDS, as Trustee,** | ] | |
| | ] | |
| **Plaintiff,** | ] | |
| | ] | |
| **v.** | ] | **2:18-cv-01453-ACA** |
| | ] | |
| **BEHRMAN CAPITAL IV L.P, et al.,** | ] | |
| | ] | |
| **Defendants.** | ] | |

## FINAL JUDGMENT

Consistent with the accompanying memorandum opinion, the court **ENTERS**

**SUMMARY JUDGMENT** on all counts in favor of Defendant Mintz, Levin, Cohn,

Ferris, Glovsky and Popeo, P.C. and against Plaintiff Thomas Reynolds, as chapter

7 trustee for the estates of Atherotech Inc. and Atherotech Holdings.

**DONE** and **ORDERED** this July 28, 2020.

_____

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE